FILED - USDC -NH
2024 MAR 15 AM 10:27

UNITED STATES DISTRICT COURT FOR THE DISTIRCT OF NEW HAMPSHIRE

Michael Sean Speight

Plaintiff(s)/United States

v. Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Pitelan
Eric Stephaine

Defendant(s)

Case No. 1:24-CV-00055-LM-AJ

Chief Judge Landya B. McCafferty

## PRO SE MOTION TO PARTICIPATE IN ELECTRONIC FILING

NOW COMES the Plaintiff/Defendant, __Michael Sean Speight__ appearing pro se (hereafter "Pro Se Litigant"), and respectfully requests that the court permit said Pro Se Litigant to participate in electronic filing. In support of this motion, Pro Se Litigant states the following:

1. Pro Se Litigant is presently named a party in the above case.
2. Pro Se Litigant is not presently incarcerated.
3. Pro Se Litigant represents that he/she has the following system requirements to participate in electronic filing:
   A. Personal computer (Pentium 233 mhz or higher/Mac equivalent) (64MB Ram) running a standard platform (e.g., Windows XP or Vista 7 or 8);
   B. Portable Document Format (PDF) compatible word processing software for creating pleadings (e.g., Corel Wordperfect, Microsoft Word);
   C. PDF creation software used to convert documents to PDF and PDF reading software used to read documents converted to PDF;
   D. Internet service using point-to-point protocol (PPP) for accessing the Internet and for sending and receiving e-mails (Broadband service is highly recommended (minimum access speed of 56K));
   E. Internet browser that is compatible with PACER and CM/ECF, such as Firefox and/or Internet Explorer 7 or 8;
   F. An upgraded Individual PACER account. A PACER account suspended for a violation of PACER's Policies and Procedures, including an overdue account balance, is not valid account for CM/ECF filing purposes. Any suspension must be resolved by the account holder with PACER before requesting leave to file electronically;
   G. A document scanner and/or access to a document scanner;
4. As a condition of participating in electronic filing, Pro Se Litigant understand and agrees to the following:
   A. That I am required to maintain and keep the aforementioned systems in working order;
   B. That I am required to review the USDCNH Supplemental Rules for Electronic Case Filing and will be expected to comply with all rules and procedures governing ECF;

C. That I will review the interactive "New Hampshire Computer Based Training Modules" (best viewable using Internet Explorer) on the court's website using at www.nhd.uscourts.gov;
D. That I may only file electronic documents in the above captioned case;
E. That I will keep the email addresses associated with my PACER account current and able to receive electronic notices from the court;
F. The clerk's office will terminate my ability to participate in electronic filing should an attorney subsequently file an appearance on my behalf in the above captioned case;
G. I understand that hard copies will no longer be issued by the court or opposing counsel;
H. That the court may terminate my ability to participate in electronic filing at any time for failure to comply with any of the above conditions or other conditions stated herein.

Date: 3/15/2024   Signature: _____

Printed Name: Michael Sean Speight
Address: 100 Main St #106
Pembroke, NH 03275

Email: Speight6317 AT gmail
Telephone: 978 684 2496

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing MOTION was mailed/hand delivered to the following persons at the address specified herein: Clerk of Courts US District Court of New Hampshire

Date: 3/15/24   Signature: _____

Name: Michael Speight
(Printed or Typed)

(USDCNH-97 (2-20))

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

## PRO SE PARTY PERMISSION TO PARTICIPATE IN ELECTRONIC FILING

A non-incarcerated pro se litigant in a pending case may file a motion for permission to participate in electronic filing (e-filing). If during the course of the action the pro se litigant retains an attorney who appears on their behalf, the clerk's office shall terminate the pro se party's ability to participate in e-filing in that case upon the attorney's appearance. AP 6.1(c).

Before filing the motion for permission to participate in e-filing access, please take a moment to review the system requirement section of the motion and the other matters to which you will be required to agree and/or certify as part of the electronic filing process.

RECEIVED - USDC -NH
2024 MAR 11 AM 10:48

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.                                          Civil No. **1:24-cv-00055**
                                            Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan
Eric Stephaine

## MOTION FOR LEAVE TO FILE ELECTRONICALLY

The plaintiff in the above matter, requests this Honorable court to grant permission to file electronically (ECF) all documents in this case.

Date 3/10/24

Michael Sean Speight
100 Main Street #106
Pembroke, NH 02327

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

RECEIVED - USDC -NH
2024 MAR 11 AM 10:48

Michael Sean Speight

V.                                                          Civil No. **1:24-cv-00055**
                                                            Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan
Eric Stephaine

## AFFIDAVIT IN SUPPORT OF MOTION TO LEAVE TO FILE ELECTRONICALLY

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT, WITH NO MEMORANDUM OF LAW NEEDED .

Date 3/10/24

Michael Sean Speight
100 Main Street #106
Pembroke, NH 03275