```
FILED - USDC -NH
2024 MAR 18 AM 10:15
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.

Civil No. **1:24-cv-00055**
Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan
Eric Stephaine

## AFFIDAVIT IN SUPPORT OF MOTION FOR MENTAL HEALTH EVALUATION OF MINOR CHILD

I Michael Speight swear under the pains and penalty of perjury everything is true and correct , so help me god.

Date 3/18/24

_(signature)_
Michael Sean Speight
100 Main St. #106
Pembroke, NH 03275