FILED - USDC -NH
2024 APR 16 PM 12:04

# Suffolk County Sheriff's Office

132 Portland Street, Boston MA 02114        Telephone (617) 704-6999

Commonwealth of Massachusetts

Suffolk, SS                Docket No **1:24-cv-55-LM-AJ**
                           Court: **Out of State**

I, **Joseph Casey** Deputy Sheriff in Suffolk County, Massachusetts, declare that I am over the age of eighteen (18) years and not a party to the above entitled action; that on **April 10, 2024 at 10:15 AM** I did serve upon **Commonwealth of Massachusetts DOR Eric Stephanie** a true attested copy of the Summons and Important Notice in this action in the following manner:

By giving in hand to Alyssa Hogan, Commonwealth of Massachusetts DOR Eric Stephanie. Served at Mass State House #280 Boston, MA 02133.

Joseph Casey
Deputy Sheriff of Suffolk County

FEE: $100.00

*/s/ Joseph P. Casey*

Suffolk, SS                        April 10, 2024

On this 10th day of April, 2024, before me, the undersigned notary public, personally appeared Joseph Casey, who is personally known to me and who acknowledged before me his/her signature to the the foregoing affidavit to be his free act and deed.

_____
Notary Public

My Commission Expires:

Gabrielle Nicole Drapeau
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
May 26th, 2028

# Suffolk County Sheriff's Office

132 Portland Street, Boston MA 02114          Telephone (617) 704-6999

Commonwealth of Massachusetts

Suffolk, SS                                   Docket No **1:24-cv-55-LM-AJ**
                                              Court: **Out of State**

I, **Joseph Casey** Deputy Sheriff in Suffolk County, Massachusetts, declare that I am over the age of eighteen (18) years and not a party to the above entitled action; that on **April 10, 2024 at 10:15 AM** I did serve upon **Commonwealth of Massachusetts Judge Goerge Phelan** a true attested copy of the Summons and Important Notice in this action in the following manner:

**By giving in hand to Alyssa Hogan, Commonwealth of Massachusetts Judge Goerge Phelan. Served at Mass State House #280 Boston, MA 02133 .**

Joseph Casey
Deputy Sheriff of Suffolk County

**FEE: $100.00**

Suffolk, SS                                   April 10, 2024

On this 10th day of April, 2024, before me, the undersigned notary public, personally appeared Joseph Casey, who is personally known to me and who acknowledged before me his/her signature to the the foregoing affidavit to be his free act and deed.

Notary Public

My Commission Expires:

Gabrielle Nicole Drapeau
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
May 26th, 2028




**PLEASE INDICATE INVOICE NUMBER OF YOUR REMITTANCE**

# Suffolk County Sheriff's Department
## Civil Process Division
132 PORTLAND STREET, BOSTON, MA 02114 — TEL. 617-704-6999

**STEVEN W. TOMPKINS**
SHERIFF

Amount Due: $ 0.00
Invoice #: 24004755
Invoice Date: 04/10/2024

Michael Speight
#106
100 Main Street
Pembroke NH 03275

Your File #:



Phone: 978-684-2496

**PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT**

## Payment Due Upon Receipt

Please send a copy of this invoice with your remittance

Michael Sean Speight
vs.
Commonwealth of Massachusetts DOR Eric Stephanie

Writ: Summons
Invoice #: 24004755
Invoice Date: 04/10/2024
Court: Out of State
Docket #: 1:24-cv-55-LM-AJ

| Served | At | By Deputy Sheriff | Service Date/Time | Method |
|---|---|---|---|---|
| Commonwealth of Massachusetts DOR Eric Stephanie | #208 Mass State House Boston MA 02133 | Joseph P. Casey | 04/10/2024 10:15 am | In Hand |

| Fees | Amount |
|---|---|
| Attest/Copies | 5.00 |
| Basic Service Fee (IH) | 30.00 |
| Out of State Service | 65.00 |
| **Total Fees** | **100.00** |

| Payment Date | Receipt # | Check # | Amount |
|---|---|---|---|
| 04/05/2024 | 273470 | | 100.00 |
| **Total Payments** | | | **100.00** |

Amount Due: 0.00

Page 1 of 1

**SUFFOLK COUNTY SHERIFF'S DEPARTMENT • CIVIL PROCESS DIVISION • (617) 704-6999**

*Boston • Allston • Brighton • Charlestown • Chelsea • Dorchester • East Boston • Hyde Park*
*Jamaica Plain • Mattapan • Readville • Revere • Roslindale • Roxbury • South Boston • West Roxbury • Winthrop*




**PLEASE INDICATE INVOICE NUMBER OF YOUR REMITTANCE**

# Suffolk County Sheriff's Department
## Civil Process Division
132 PORTLAND STREET, BOSTON, MA 02114 — TEL. 617-704-6999

**STEVEN W. TOMPKINS**
SHERIFF

Amount Due: $ 0.00
Invoice #: 24004756
Invoice Date: 04/10/2024

Michael Speight
#106
100 Main Street
Pembroke NH 03275

Your File #:



Phone: 978-684-2496

**PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT**

---

## Payment Due Upon Receipt

Please send a copy of this invoice with your remittance

Michael Sean Speight
vs.
Commonwealth of Massachusetts Judge Goerge Phelan

Writ: Summons

Invoice #: 24004756
Invoice Date: 04/10/2024

Court: Out of State
Docket #: 1:24-cv-55-LM-AJ

| **Served** | **At** | **By Deputy Sheriff** | **Service Date/Time** | **Method** |
|---|---|---|---|---|
| Commonwealth of Massachusetts Judge Goerge Phelan | #208 Mass State House Boston MA 02133 | Joseph P. Casey | 04/10/2024 10:15 am | In Hand |

| **Fees** | **Amount** |
|---|---|
| Attest/Copies | 5.00 |
| Basic Service Fee (IH) | 30.00 |
| Out of State Service | 15.00 |
| **Total Fees** | **50.00** |

| **Payment Date** | **Receipt #** | **Check #** | **Amount** |
|---|---|---|---|
| 04/05/2024 | 273470 | | 50.00 |
| **Total Payments** | | | **50.00** |

Amount Due: 0.00

Page 1 of 1

**SUFFOLK COUNTY SHERIFF'S DEPARTMENT • CIVIL PROCESS DIVISION • (617) 704-6999**

Boston • Allston • Brighton • Charlestown • Chelsea • Dorchester • East Boston • Hyde Park
Jamaica Plain • Mattapan • Readville • Revere • Roslindale • Roxbury • South Boston • West Roxbury • Winthrop