# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.                                                                                                    Civil Action No.
                                                                                                  1:24-cv-55-LM-AJ

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Commonwealth of Massachusetts Judge Goerge Phelan
Commonwealth of Massachusetts DOR Eric Stephaine

## SUMMONS IN A CIVIL ACTION

Amanda Kaelblein 48 Richardson Road Melrose, MA 02176
Michael Kaelblein 48 Richardson Road Melrose, MA 02176
Nancy Kaelblein 48 Richardson Road Melrose, MA 02176
Commonwealth of Massachusetts Judge Goerge Phelan
Massachusetts State House Beacon Street #280 Boston, Ma 02133
Commonwealth of Massachusetts DOR Eric Stephaine
Massachusetts State House Beacon Street #280 Boston, Ma 02133

A lawsuit has been filed against you,

      Within 21 days after service of this summons on you(not countinting the day you received it)----or 60 days if you are the United States or a United States agency,or a officer or employee of the United States in Fed.

R. CIV. P. 12 (a) (2) or (3)---you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address are:

Michael Sean Speight
100 Main Street #106
Pembroke, NH 03275

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.

**CLERK OF COURT**

Date 4/01/2024
**with ECF Notice attached.**

DANIEL LYNCH, Clerk

By: /s/ Megan Cahill, Deputy Clerk

APR 01 2024

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.   Civil Action No.
1:24-cv-55-LM-AJ

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Commonwealth of Massachusetts Judge Goerge Phelan
Commonwealth of Massachusetts DOR Eric Stephaine

## SUMMONS IN A CIVIL ACTION

Amanda Kaelblein 48 Richardson Road Melrose, MA 02176
Michael Kaelblein 48 Richardson Road Melrose, MA 02176
Nancy Kaelblein 48 Richardson Road Melrose, MA 02176
Commonwealth of Massachusetts Judge Goerge Phelan
Massachusetts State House Beacon Street #280 Boston, Ma 02133
Commonwealth of Massachusetts DOR Eric Stephaine
Massachusetts State House Beacon Street #280 Boston, Ma 02133

A lawsuit has been filed against you,

Within 21 days after service of this summons on you(not countinting the day you received it)----or 60 days if you are the United States or a United States agency,or a officer or employee of the United States in Fed.

R. CIV. P. 12 (a) (2) or (3)---you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address are:

Michael Sean Speight
100 Main Street #106
Pembroke, NH 03275

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.

**CLERK OF COURT**

Date 4/01/2024

DANIEL LYNCH, Clerk

with ECF Notice attached.

By: /s/ Megan Cahill, Deputy Clerk

APR 01 2024

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: