FILED - USDC -NH
2024 APR 17 AM 10:52

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.    Civil No. **1:24-cv-00055**
Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan
Eric Stephan

## MOTION TO AMEND COMPLAINT UNDER RULE 15

The plaintiff now requests this Honorable Court to Amend this complaint. Under Rule 15 the plaintiff is allowed to amend this complaint without the Courts permission once, within 21 days of serving the original complaint and these defendants were served on April 10, 2024, or at any point before the defendants answers the complaint.

The complaint shall now reflect George Phelan in his professional capacity , and George Phelan in his personal capacity.

1.

Also to reflect Eric Stephan in his professional capacity, and Eric Stephan in his personal capacity. Also to reflect the correct spelling of Eric Stephaine , to Eric Stephan.

Now there will be seven defendants, George Phelan listed twice, Eric Stephan listed twice.

Date 4/15/24

Michael Sean Speight
100 Main Street #106
Pembroke, NH 03275

2.