```
FILED - USDC -NH
2024 APR 17 AM10:52
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW HAMPSHIRE**


Michael Sean Speight


V.                                                    Civil No. **1:24-cv-00055**
                                                      Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan
Eric Stephan


## AFFIDAVIT IN SUPPORT OF MOTION TO AMEND

## COMPLAINT

I Michael Sean Speight swear under the pains and penalty of

perjury , that everything is true and correct to the best of my

knowledge.


1.

Date 4/15/24

Michael Sean Speight

100 Main Street #106

Pembroke, NH 03275

2.