UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MICHAEL SEAN SPEIGHT, | ) |
|        Plaintiff, | ) |
| v. | ) |
| AMANDA KAELBLEIN, <br> MICHAEL KAELBLEIN, <br> NANCY KAELBLEIN, <br> JUDGE GEORGE PHELAN, and <br> ERIC STEPHAN, | ) Case No. 1:24-cv-00055-LM-AJ |
|        Defendants. | ) |

**NOTICE OF APPEARANCE**

To the Clerk of the above-named Court:

    Please enter the appearance of the undersigned as the attorney for Defendant Judge George Phelan, in his official capacity as Associate Justice of the Massachusetts Probate and Family Court.

        JUDGE GEORGE PHELAN, in his official capacity as Associate Justice of the Massachusetts Probate and Family Court,

        By his Attorney,

        ANDREA JOY CAMPBELL
        ATTORNEY GENERAL

        */s/ Eric A. Martignetti*
        Eric A. Martignetti, NH Bar No. 20118
        Assistant Attorney General
        Government Bureau/Trial Division
        One Ashburton Place, Room 1813
        Boston, MA 02108
        (617) 963-2314
        eric.martignetti@mass.gov

Date:  April 22, 2024

## CERTIFICATE OF SERVICE

    I, Eric A. Martignetti, hereby certify that on April 22, 2024, this document was filed through the ECF system and be sent electronically to the registered participants as identified on the notice of electronic filing (NEF).

        */s/ Eric A. Martignetti*
        Eric A. Martignetti