UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MICHAEL SEAN SPEIGHT, | ) |
| Plaintiff, | ) |
| v. | ) |
| AMANDA KAELBLEIN, MICHAEL KAELBLEIN, NANCY KAELBLEIN, JUDGE GEORGE PHELAN, and ERIC STEPHAN, | ) Case No. 1:24-cv-00055-LM-AJ |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of the above-named Court:

    Please enter the appearance of the undersigned as the attorney for Defendants Judge George Phelan, in his individual capacity and in his official capacity as Associate Justice of the Massachusetts Probate and Family Court, and Eric Stephan, in his individual capacity and in his capacity as an Attorney for the Massachusetts Department of Revenue.

1

JUDGE GEORGE PHELAN, in his individual capacity and his official capacity as Associate Justice of the Massachusetts Probate and Family Court, and
ERIC STEPHAN, in his individual capacity and his official capacity as an Attorney for the Massachusetts Department of Revenue

By their Attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ Eric A. Martignetti
Eric A. Martignetti, NH Bar No. 20118
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 963-2314
eric.martignetti@mass.gov

Date:  April 30, 2024

## CERTIFICATE OF SERVICE

I, Eric A. Martignetti, hereby certify that on April 30, 2024, this document was filed through the ECF system and sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and by first-class mail to non-registered participants.

/s/ Eric A. Martignetti
Eric A. Martignetti