UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MICHAEL SEAN SPEIGHT, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| AMANDA KAELBLEIN, <br> MICHAEL KAELBLEIN, <br> NANCY KAELBLEIN, <br> JUDGE GEORGE PHELAN, and <br> ERIC STEPHAN, | ) Case No. 1:24-cv-00055-LM-AJ <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

**DEFENDANTS JUDGE GEORGE PHELAN AND ERIC STEPHAN'S
MOTION TO EXTEND THE TIME TO FILE A MOTION TO DISMISS
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Judge George Phelan and Eric Stephan hereby move to extend the time for them to file a motion to dismiss or otherwise respond to Plaintiff's Complaint to May 24, 2024. In support of this Motion, Defendants state as follows:

1. Defendants were served with Plaintiff's Complaint on or about April 10, 2024.

2. Defendants need additional time to review the allegations in Plaintiff's Complaint and to draft a response thereto. Defendants expect to file a motion to dismiss on several grounds.

3. This is the Defendants' first requested extension, and no party will be prejudiced by the requested extension.

WHEREFORE, Defendants respectfully request that this Court extend the time for them to file a motion to dismiss or otherwise respond to Plaintiff's Complaint to May 24, 2024.

1

JUDGE GEORGE PHELAN, in his individual capacity and his official capacity as Associate Justice of the Massachusetts Probate and Family Court, and
ERIC STEPHAN, in his individual capacity and his official capacity as an Attorney for the Massachusetts Department of Revenue

By their Attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL


/s/ Eric A. Martignetti
Eric A. Martignetti, NH Bar No. 20118
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 963-2314
eric.martignetti@mass.gov

Date:  April 30, 2024


## CERTIFICATE OF SERVICE

I, Eric A. Martignetti, hereby certify that on April 30, 2024, this document was filed through the ECF system and sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and by first-class mail to non-registered participants.


/s/ Eric A. Martignetti
Eric A. Martignetti