# The Commonwealth of Massachusetts
## Middlesex Sheriff's Office
### Civil Process Division
**40 Brick Kiln Road**
**Chelmsford, MA 01824**
**Phone (617) 547-1171   Fax (617) 868-7244**

**Peter J. Koutoujian**
**SHERIFF**

RECEIVED - USDC -NH
2024 APR 29 PM3:09

MICHAEL SPEIGHT
100 MAIN Street
#106
Pembroke NH 03275

Phone:978-684-2496

| | |
|---|---|
| Court Docket #: | 1:24-CV-55-LM-AJ |
| Amount Due: | $ 0.00 |
| Invoice #: | 24004224 |
| Invoice Date: | 04/24/2024 |
| Your File #: | |

|||||||||||||||||

**PLEASE NOTE: RETURN THIS TOP PORTION WITH YOUR PAYMENT**

---

**Payment of this invoice is due upon receipt**

## Payment Due Upon Receipt
Writ: SUMMONS IN A CIVIL ACTION

Please send a copy of this invoice with your remittance

MICHAEL SEAN SPEIGHT

vs.

AMANDA KAELBLEIN

| | |
|---|---|
| Invoice #: | 24004224 |
| Invoice Date: | 04/24/2024 |
| Court: | NEW HAMPSHIRE |

Serve:   AMANDA KAELBLEIN

48 RICHARDSON Road
MELROSE MA 02176

| | |
|---|---|
| Served by Deputy Sheriff: | RICHARD MORAN |
| Service Date/Time: | 04/24/2024   7:17 am |
| Method of Service: | In Hand |

| **Fees** | **Amount** |
|---|---|
| Out of State Service | 50.00 |
| **Total Fees** | **50.00** |

| **Payment Date** | **Receipt #** | **Check #** | **Amount** |
|---|---|---|---|
| 04/18/2024 | 395250 | 099493 | 50.00 |
| **Total Payments** | | | **50.00** |

| | |
|---|---|
| **Amount Due:** | **0.00** |

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.                                                        Civil Action No.
                                                          1:24-cv-55-LM-AJ

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Commonwealth of Massachusetts Judge Goerge Phelan
Commonwealth of Massachusetts DOR Eric Stephaine

## SUMMONS IN A CIVIL ACTION

Amanda Kaelblein 48 Richardson Road Melrose, MA 02176
Michael Kaelblein 48 Richardson Road Melrose, MA 02176
Nancy Kaelblein 48 Richardson Road Melrose, MA 02176
Commonwealth of Massachusetts Judge Goerge Phelan
Massachusetts State House  Beacon Street #280 Boston, Ma 02133
Commonwealth of Massachusetts DOR Eric Stephaine
Massachusetts State House Beacon Street #280 Boston, Ma 02133

A lawsuit has been filed against you,

       Within 21 days after service of this summons on you(not countinting
the day you received it)----or 60 days if you are the United States or a
United States agency,or a officer or employee of the United States in Fed.

R. CIV. P. 12 (a) (2) or (3)---you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address are:

> Michael Sean Speight
> 100 Main Street #106
> Pembroke, NH 03275

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.You must file your answer or motion with the court.

**CLERK OF COURT**

Date_4/01/2024_____

**with ECF Notice attached.**

DANIEL LYNCH, Clerk

By /s/ Megan Cahill, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                   *Server's signature*

                               _____
                                                   *Printed name and title*

                               _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

# U.S. DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

## IMPORTANT NOTICE

## ATTORNEYS REQUIRED TO FILE ELECTRONICALLY

Unless specifically exempted, all documents submitted by members of the bar of this district, as well by attorneys admitted pro hac vice, shall be filed in accordance with the district's Administrative Procedures for Electronic Case Filing ("ECF"). For attorneys, that means that while some limited documents will still be filed in paper format, the vast majority of all future pleadings must be submitted electronically using the court's Electronic Case Filing (ECF) system (including cases involving pro se parties). Pro se litigants, however, are not required to file electronically and may continue to file documents in paper format.

The District of New Hampshire is a NextGen CM/ECF court, which means attorneys use their individual PACER accounts to file documents in this district Section 6.1 of the Administrative Procedures for ECF requires that attorneys appearing in an ECF case must request access to the court's ECF system through PACER. However, attorneys who filed in this district prior to November 12, 2019 must instead link their individual PACER account with their legacy ECF account.

For more information on NextGen CM/ECF visit the court's website.

**NOTICE TO PLAINTIFF: You are instructed to serve a copy of this notice on all parties in this case along with the complaint.**

DANIEL J. LYNCH
Clerk

USDCNH-91 (Rev. 12-19)

**Middlesex Sheriff's Office** • 40 Brick Kiln Rd, Chelmsford, MA 01824 • 617-547-1171
**Middlesex, ss.**

April 24, 2024

I hereby certify and return that on 4/24/2024 at 7:17 AM I served a true and attested copy of the SUMMONS IN A CIVIL ACTION in this action in the following manner: To wit, by delivering in hand to AMANDA KAELBLEIN at 48 RICHARDSON Road MELROSE, MA 02176 . Fees: Out of State Service ($50.00) Total: $50.00

Deputy Sheriff Richard  Moran

# The Commonwealth of Massachusetts
## Middlesex Sheriff's Office
### Civil Process Division
#### 40 Brick Kiln Road
#### Chelmsford, MA  01824
#### Phone (617) 547-1171   Fax (617) 868-7244

**Peter J. Koutoujian**
SHERIFF

MICHAEL SPEIGHT
100 MAIN Street
#106
Pembroke NH 03275

| | |
|---|---|
| Court Docket #: | 1:24-CV-55-LM-AJ |
| Amount Due: | $ 0.00 |
| Invoice #: | 24004222 |
| Invoice Date: | 04/24/2024 |
| Your File #: | |

Phone:978-684-2496

**PLEASE NOTE: RETURN THIS TOP PORTION WITH YOUR PAYMENT**

---

*Payment of this invoice is due upon receipt*

## Payment Due Upon Receipt

Writ: SUMMONS IN A CIVIL ACTION

Please send a copy of this invoice with your remittance

MICHAEL SEAN SPEIGHT
vs.
MICHAEL KAELBLEIN

| | |
|---|---|
| Invoice #: | 24004222 |
| Invoice Date: | 04/24/2024 |
| Court: | NEW HAMPSHIRE |

Serve:   MICHAEL KAELBLEIN

48 RICHARDSON Road
MELROSE MA 02176

| | | |
|---|---|---|
| Served by Deputy Sheriff: | RICHARD MORAN | |
| Service Date/Time: | 04/24/2024 | 7:18 am |
| Method of Service: | In Hand | |

| **Fees** | **Amount** |
|---|---|
| Out of State Service | 100.00 |
| **Total Fees** | **100.00** |

| **Payment Date** | **Receipt #** | **Check #** | **Amount** |
|---|---|---|---|
| 04/18/2024 | 395248 | 099493 | 100.00 |
| **Total Payments** | | | **100.00** |

| | |
|---|---|
| **Amount Due:** | **0.00** |

MSC CIVIL PROCESS
40 Brick Kiln Rd
Chelmsford , MA  01824
6175371171
SALE

| | |
|---|---|
| 4/4/24 | 11:27AM |
| Merchant ID: ********8079 | |
| Term ID: 003 | |

| | |
|---|---|
| Subtotal | $200.00 |
| Total | USD $200.00 |

MasterCard
MANUAL            KEYED
MASTERCARD: *6408

Approved: Online

REFERENCE:80200001
AUTH: 099493
Trans ID: 271
Invoice: 001040424112706
Response: CAPTURED

CREDIT
Approved            USD $200.00

CUSTOMER COPY

# NITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW HAMPSHIRE

peight

Civil Action No.
1:24-cv-55-LM-AJ

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Commonwealth of Massachusetts Judge Goerge Phelan
Commonwealth of Massachusetts DOR Eric Stephaine

### SUMMONS IN A CIVIL ACTION

Amanda Kaelblein 48 Richardson Road Melrose, MA 02176
Michael Kaelblein 48 Richardson Road Melrose, MA 02176
Nancy Kaelblein 48 Richardson Road Melrose, MA 02176
Commonwealth of Massachusetts Judge Goerge Phelan
Massachusetts State House  Beacon Street #280 Boston, Ma 02133
Commonwealth of Massachusetts DOR Eric Stephaine
Massachusetts State House Beacon Street #280 Boston, Ma 02133

A lawsuit has been filed against you,

Within 21 days after service of this summons on you(not countinting the day you received it)----or 60 days if you are the United States or a United States agency,or a officer or employee of the United States in Fed.

R. CIV. P. 12 (a) (2) or (3)---you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address are:

> Michael Sean Speight
> 100 Main Street #106
> Pembroke, NH 03275

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.

**CLERK OF COURT**

Date **4/01/2024**

**with ECF Notice attached.**

DANIEL LYNCH, Clerk

By /s/ Megan Cahill, Deputy Clerk

2024

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .



I declare under penalty of perjury that this information is true.



Date: _____          _____
                                                         *Server's signature*


                                                         _____
                                                         *Printed name and title*


                                                         _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

**Middlesex Sheriff's Office** • 40 Brick Kiln Rd, Chelmsford, MA 01824 • 617-547-1171
**Middlesex, ss.**

April 24, 2024

I hereby certify and return that on 4/24/2024 at 7:18 AM I served a true and attested copy of the SUMMONS IN A CIVIL ACTION in this action in the following manner: To wit, by delivering in hand to MICHAEL KAELBLEIN at 48 RICHARDSON Road MELROSE, MA 02176 . Fees: Out of State Service ($100.00) Total: $100.00

Deputy Sheriff Richard Moran



# The Commonwealth of Massachusetts
## Middlesex Sheriff's Office
### Civil Process Division
### 40 Brick Kiln Road
### Chelmsford, MA  01824
### Phone (617) 547-1171   Fax (617) 868-7244

Peter J. Koutoujian
**SHERIFF**

MICHAEL SPEIGHT
100 MAIN Street
#106
Pembroke NH 03275

Phone:978-684-2496

| | |
|---|---|
| Court Docket #: | 1:24-CV-55-LM-AJ |
| Amount Due: | $ 0.00 |
| Invoice #: | 24004223 |
| Invoice Date: | 04/24/2024 |
| Your File #: | |



**PLEASE NOTE: RETURN THIS TOP PORTION WITH YOUR PAYMENT**

----------------------------------------------------------------------------------------------------

Payment of this invoice is due upon receipt

## Payment Due Upon Receipt

Writ: SUMMONS IN A CIVIL ACTION

Please send a copy of this invoice with your remittance

MICHAEL SEAN SPEIGHT
vs.
NANCY KAELBLEIN

| | |
|---|---|
| Invoice #: | 24004223 |
| Invoice Date: | 04/24/2024 |
| Court: | NEW HAMPSHIRE |

Serve:   NANCY KAELBLEIN

    48 RICHARDSON Road
    MELROSE MA 02176

Served by Deputy Sheriff: RICHARD MORAN

| | | |
|---|---|---|
| Service Date/Time: | 04/23/2024 | 7:19 am |
| Method of Service: | In Court | |

| **Fees** | | | **Amount** |
|---|---|---|---|
| Out of State Service | | | 50.00 |
| **Total Fees** | | | **50.00** |

| **Payment Date** | **Receipt #** | **Check #** | **Amount** |
|---|---|---|---|
| 04/18/2024 | 395249 | 099493 | 50.00 |
| **Total Payments** | | | **50.00** |

| | |
|---|---|
| **Amount Due:** | **0.00** |

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.                                          Civil Action No.
                                            1:24-cv-55-LM-AJ

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Commonwealth of Massachusetts Judge Goerge Phelan
Commonwealth of Massachusetts DOR Eric Stephaine

## SUMMONS IN A CIVIL ACTION

Amanda Kaelblein 48 Richardson Road Melrose, MA 02176
Michael Kaelblein 48 Richardson Road Melrose, MA 02176
Nancy Kaelblein 48 Richardson Road Melrose, MA 02176
Commonwealth of Massachusetts Judge Goerge Phelan
Massachusetts State House  Beacon Street #280 Boston, Ma 02133
Commonwealth of Massachusetts DOR Eric Stephaine
Massachusetts State House Beacon Street #280 Boston, Ma 02133

A lawsuit has been filed against you,

    Within 21 days after service of this summons on you(not countinting
the day you received it)----or 60 days if you are the United States or a
United States agency,or a officer or employee of the United States in Fed.

<u>R. CIV. P. 12</u> (a) (2) or (3)---you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address are:

> Michael Sean Speight
> 100 Main Street #106
> Pembroke, NH 03275

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.

**CLERK OF COURT**

**Date** 4/01/2024

with ECF Notice attached.

DANIEL J. LYNCH, Clerk

By: /s/ Megan Cahill, Deputy Clerk

2024

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

                                _____

                                        *Server's signature*

                                _____

                                        *Printed name and title*

                                  _____

                                        *Server's address*

Additional information regarding attempted service, etc:

**U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

**IMPORTANT NOTICE**

**ATTORNEYS REQUIRED TO FILE ELECTRONICALLY**

Unless specifically exempted, all documents submitted by members of the bar of this district, as well by attorneys admitted pro hac vice, shall be filed in accordance with the district's Administrative Procedures for Electronic Case Filing ("ECF"). For attorneys, that means that while some limited documents will still be filed in paper format, the vast majority of all future pleadings must be submitted electronically using the court's Electronic Case Filing (ECF) system (including cases involving pro se parties). Pro se litigants, however, are not required to file electronically and may continue to file documents in paper format.

The District of New Hampshire is a NextGen CM/ECF court, which means attorneys use their individual PACER accounts to file documents in this district Section 6.1 of the Administrative Procedures for ECF requires that attorneys appearing in an ECF case must request access to the court's ECF system through PACER. However, attorneys who filed in this district prior to November 12, 2019 must instead link their individual PACER account with their legacy ECF account.

For more information on NextGen CM/ECF visit the court's website.

**NOTICE TO PLAINTIFF: You are instructed to serve a copy of this notice on all parties in this case along with the complaint.**

DANIEL J. LYNCH
Clerk

USDCNH-91 (Rev. 12-19)

**Middlesex Sheriff's Office** • 40 Brick Kiln Rd, Chelmsford, MA 01824 • 617-547-1171
**Middlesex, ss.**

April 24, 2024

**I hereby certify and return that on 4/23/2024 at 7:19 AM I served a true and attested copy of the SUMMONS IN A CIVIL ACTION in this action in the following manner: To wit, by delivering in hand to NANCY KAELBLEIN at 48 RICHARDSON Road MELROSE, MA 02176 . Fees: Out of State Service ($50.00) Total: $50.00**

Deputy Sheriff Richard Moran