UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| MICHAEL SEAN SPEIGHT, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| AMANDA KAELBLEIN, MICHAEL KAELBLEIN, NANCY KAELBLEIN, JUDGE GEORGE PHELAN, and ERIC STEPHAN[1], | ) ) ) ) ) ) ) | Case No. 1:24-cv-00055-LM-AJ |
| Defendants. | ) ) | |

### DEFENDANTS JUDGE GEORGE PHELAN AND ATTORNEY ERIC STEPHAN'S MOTION TO DISMISS

Pursuant to Local Rule 7.1 and Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendants Judge George Phelan and Attorney Eric Stephan hereby move to dismiss all of Plaintiff Michael Speight's claims against them.

In further support of this Motion, Defendants repeat and incorporate by reference Defendants Judge George Phelan and Attorney Eric Stephan's Memorandum of Law in Support of Their Motion to Dismiss.

WHEREFORE, Defendants respectfully request that this Court:

A. Allow this Motion and dismiss Plaintiff's claims against them; and

B. Grant such other and further relief as equity and justice require.

---

[1] This Defendant's name is misspelled "Eric Stephanie" in Plaintiff's Complaint.

1

JUDGE GEORGE PHELAN, in his individual capacity and his official capacity as Associate Justice of the Massachusetts Probate and Family Court, and
ERIC STEPHAN, in his individual capacity and his official capacity as an Attorney for the Massachusetts Department of Revenue

By their Attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL


*/s/ Eric A. Martignetti*
Eric A. Martignetti, NH Bar No. 20118
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 963-2314
eric.martignetti@mass.gov

Date:  May 21, 2024

## CERTIFICATE OF SERVICE

I, Eric A. Martignetti, hereby certify that on May 21, 2024, this document was filed through the ECF system and sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and by first-class mail to non-registered participants.


*/s/ Eric A. Martignetti*
Eric A. Martignetti