Michael Speight
100 Main St.#106
Pembroke, NH 03275

FILED - USDC -NH
2024 MAY 30 AM 11:03

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
48 Richardson Rd
Melrose, Ma 02176

This letter is to inform you that you are in default, in case # 1:24-cv-00055. A default judgment will be filed against you, and a summary judgment against Amanda.
Per Rule 55, it is my obligation to inform you of this.

Date 5/30/24

Michael Speight
100 Main St. #106
Pembroke, Nh 03275
(978)684-2496