**MSO Civil Process**
40 BRICK KILN RD FL 3
Chelmsford , MA  01824
6175471171
**SALE**

5/30/24                                          9:54AM
Merchant ID: ********8061
Term ID: 003

| | |
|---|---|
| Subtotal | $100.00 |
| Total | USD $100.00 |

DEBIT
CHIP READ                                    CONTACT
US Debit: *5395

**Approved: Online**

REFERENCE:80200003
AUTH: 861833
Trans ID: 2299
Invoice: 004300524095431
Response: CAPTURED
CID: 0x80 (ARQC)

DEBIT
AID: A0000000042203
TVR: 8000048000                         TSI: 6800
AC: 771DAABEACC06BBB
Approved                                    USD $100.00

PIN VERIFIED

CUSTOMER COPY