```
                          Derry Police Department                    Page: 1
                          Field Interview Report                     06/06/2022

         Interview #: 22-1772-FI
            Call #: 22-9120


Date/Time Reported: 05/28/2022 1322
  Report Date/Time: 05/28/2022 1322
  Reporting Officer: Patrol Officer Joshua Morse

# INTERVIEWED                                    SEX  RACE    AGE   SSN         PHONE

1  KAELBLEIN, AMANDA                              *    *       34   NOT AVAIL   ************
   *****************************
   DERRY NH 03038

Military Active Duty: *
              DOB: **********            PLACE OF BIRTH: *************************
   LICENSE NUMBER: *************************   ETHNICITY: *******
2  KALBLEIN, NOELLE                               *    *       33   NOT AVAIL   ************
   *****************************
   DERRY NH 03038

Military Active Duty: *
              DOB: **********            PLACE OF BIRTH: *************************
   LICENSE NUMBER: *************************   ETHNICITY: *******
3  SPEIGHT, MICHAEL                               *    *       52   NOT AVAIL   ************
   *****************************
   DERRY NH 03038

Military Active Duty: *
              DOB: **********            PLACE OF BIRTH: *************************
   LICENSE NUMBER: *************************   ETHNICITY: *******

# REASON(S)

   LOCATION TYPE: Residence/Home/Apt./Condo    Zone: South
   153 N SHORE (IP) RD
   DERRY NH 03038

1  Domestic Disturbance
```

```
         NARRATIVE FOR PATROL OFFICER JOSHUA W MORSE
         Ref: 22-1772-FI

  Entered:  05/28/2022 @ 1412     Entry ID:     JWM98
  Modified: 05/29/2022 @ 0001     Modified ID:  JWM98
  Approved: 05/31/2022 @ 1108     Approval ID:  47MWH
```

On 5/28/22 at approximately 1322 hours, Officer Morse responded code three (lights and sirens) to a domestic disturbance at 153 N Shore Rd Derry, NH.

Upon arrival Morse made contact with the reporting party Noelle Kalblein (Noelle) who was reporting her sister Amanda Kalblein (Amanda) and her boyfriend Michael Speight (Michael) were in a verbal argument. Noelle stated that Michael had walked away from the house and into the woods while Amanda was upstairs in the house packing her belongings to leave.

Morse then went to make contact with Amanda. Amanda stated that she found out Michael was cheating on her and confronted him about it. Amanda then said that Michael got upset and was angry. She began to go upstairs to pack a bag and leave the residents. She then said that while going upstairs to pack the bag, they argued about whether or not he had cheated on her. She then said Michael got upset and he left the house and went for a walk to calm down. Amanda noted she had planned to pack a bag and leave to go to ▮▮▮▮▮▮ house at ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Morse asked if the argument ever became physical. Amanda stated it was not physical and was only verbal between the two of them. She added she did not know what happened once Michael left and confronted Noelle out front when he was leaving.

Morse notes he then spoke with Michael who Officer Doherty had located on Colletes Grove Rd. and brought him back to the house at 153 N Shore Rd. Michael said that Amanda had found out he had been cheating on her and she got upset with him. He stated they were in a verbal argument when she began packing belongings to leave. He said he had to leave and go for a walk to calm down. Michael said on his way out he ran into Noelle who said to him "how does it feel to pay for sex". Michael then said he got upset and yelled back to "get the fuck off my property" and continued to walk away from the residence. Michael was also stating nothing physical had occurred between him and Amanda.

Morse then spoke with Noelle who was stating that Michael had threatened him by telling her to get off the property. She was also stating that he had told her if she did not leave that he would punch her in the face. Noelle stated Michael made the statement as he was walking away from her. Michael denied making this statement. Noelle was unsure at the time, but ultimately stated she did not want to pursue criminal charges against Michael for a criminal threat.

Morse notes that Amanda left the property with a bag she had packed to go to her ▮▮▮▮▮ residence. Michael was staying at the house and asked if she comes back to get belongings that there be police there. Both Amanda and Michael were advised on how to get a civil standby if needed for belongings. Morse also notes Noelle left and went back to her house as all parties were separated at this time.

*End of narrative.*

            ** Portions of this report have been redacted **

```
                           Derry Police Department                        Page:    1
                    Call Number      Printed: 06/06/2022
```

For Date: 05/28/2022 - Saturday

| Call Number | Time | Call Reason | Action | Priority | Duplicate |
|---|---|---|---|---|---|
| 2-9120 | 1322 | Phone - DOMESTIC DISTURBANCE | Verbal in Nature | 1 | |

```
          Call Taker:    Dispatcher Kaitlyn A Fitzgerald
     Location/Address:   N SHORE (IP) RD
                  ID:    Patrol Officer Charles L Doherty
                         Disp-13:23:14              Arvd-13:36:05   Clrd-13:57:04
                  ID:    Patrol Officer Joshua W Morse
                         Disp-13:23:18              Arvd-13:35:00   Clrd-13:57:02
          Narrative:
                         05/28/2022 1334 GIRLFRIEND/BOYFRIEND

          Narrative:
                         05/28/2022 1341 418 OFF WITH MALE ON COLLETTES

    Refer To Field Int:    22-1772-FI
```