Gmail                                                                                      Sean Speight <speight6317@gmail.com>

## RE: Child support **EXTERNAL EMAIL**
2 messages

**Stephan, Eric (DOR)** <stephane@dor.state.ma.us>                                    Mon, Nov 21, 2022 at 8:23 AM
To: Sean Speight <speight6317@gmail.com>
Cc: "Miller, Lucia E. (DOR)" <millerl@dor.state.ma.us>, "Cabrera, Jason (DOR)" <cabreraj@dor.state.ma.us>

Sean, I contacted the Court on Friday because I believe they made an error and entered an order for $228.00/wk. It was my understanding that Judge Phelan DID NOT want to enter an order until he saw the NH paperwork. As a result, until we get clarification from the Court, I've asked that any monies we receive from you be put on hold and not sent out. I will let you know as soon as we get clarification from the Court. Best, Eric.

**From:** Sean Speight <speight6317@gmail.com>
**Sent:** Sunday, November 20, 2022 5:45 PM
**To:** Stephan, Eric (DOR) <stephane@dor.state.ma.us>
**Subject:** Child support **EXTERNAL EMAIL**

**This Message Is From an Untrusted Sender**

You have not previously corresponded with this sender.

Stephen let me tell you something I'm calling the governor's office tomorrow and I'm telling him what you're doing you know that f****** New Hampshire has jurisdiction now it's in the supreme Court in New Hampshire and you're f****** acting illegally and I'm calling the f****** governor's office tomorrow cuz you're not supposed to be able to f****** touch it while the case is on appeal and you know you have the child support orders and I have that whole conversation recorded between me you and the judge and you said you wouldn't attach my check you're going to get fired from the DUI you're breaking the law as a lawyer you're breaking the law you know damn well it belong to New Hampshire I'm telling you right now you better f****** stop attaching my checks the deal was that I would pay her myself until it was dismissed now you attaching my check so I double paid it last week double Peter so now you owe me $228 I'm calling to Mom posting it on Twitter on the governor's page

CAUTION: This is an EXTERNAL email. Do not open attachments or click on links unless you have confirmed the identity of the sender.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this mail in error please notify the postmaster at dor.state.ma.us.

 **Gmail**                                                                                      Sean Speight <speight6317@gmail.com>

## Child support
1 message

**Sean Speight** <speight6317@gmail.com>                                                                 Sun, Nov 20, 2022 at 5:45 PM
To: "Stephan, Eric (DOR)" <stephane@dor.state.ma.us>

Stephen let me tell you something I'm calling the governor's office tomorrow and I'm telling him what you're doing you know that f****** New Hampshire has jurisdiction now it's in the supreme Court in New Hampshire and you're f****** acting illegally and I'm calling the f****** governor's office tomorrow cuz you're not supposed to be able to f****** touch it while the case is on appeal and you know you have the child support orders and I have that whole conversation recorded between me you and the judge and you said you wouldn't attach my check you're going to get fired from the DUI you're breaking the law as a lawyer you're breaking the law you know damn well it belong to New Hampshire I'm telling you right now you better f****** stop attaching my checks the deal was that I would pay her myself until it was dismissed now you attaching my check so I double paid it last week double Peter so now you owe me $228 I'm calling to Mom posting it on Twitter on the governor's page