COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT
THE PROBATE AND FAMILY COURT DEPARTMENT

MIDDLESEX, SS.                                            DOCKET NO. MI22W1174WD

| | |
|---|---|
| Massachusetts Dept. of Revenue<br>Child Support Enforcement Division on behalf of<br>Amanda Christine Kaelblein., Plaintiff<br><br>v.<br><br>Michael Sean Speight, Defendant | EX PARTE MOTION TO<br>VACATE THE TEMPORARY<br>ORDER ENTERED BY THE<br>HONORABLE JUDGE PHELAN<br>ON NOVEMBER 3, 2022 |

Now comes the Massachusetts Department of Revenue, Child Support Enforcement Division (DOR), who respectfully requests that this Honorable Court vacate the Temporary Order entered in the above captioned matter on November 3, 2022.

As reason therefore, the Department states that it was the Court's intention on November 3, 2022, to continue the matter to a date and time to be determined by the DOR and *not* enter a Temporary Order for child support.

MASSACHUSETTS DEPARTMENT OF REVENUE
CHILD SUPPORT ENFORCEMENT DIVISION
By its attorney,

*Eric Stephan*
_____
Eric G. Stephan, Counsel
Massachusetts Department of Revenue
Child Support Enforcement Division
P.O. BOX 7057
Boston, MA 02204-7057
(781) 376-1064
BBO# 567897

Date:   11/21/2022

The within motion is allowed only as to clarify the Court's order. An Amended Temporary Order of Support shall issue to clarify that the child support order of $228.00 per week shall be paid directly by Father to Mother and not through the Department of Revenue.