

### Mediation, child support, Vivian s Christmas present  Add label

**Sean Speight** 12/18/2022
to Kristen

I am asking you if your willing to mediate per order of supreme Court paperwork they asked me to do.
I am not willing to let u guys tell Massachusetts I am not willing to pay her when first THEY DO NOT HAVE JURISDICTION, SECOND TRYING TO LOOK LIKE I SKIP PAYMENTS BECAUSE OF A HARRESMENT ORDER THATS MOOT INCE WE GET TI COURT, DO TO A THREATEN EMAIL UR CLIENT SENT ME IF U WANT COPIES BEFORE COURT ILL SEND TO U

SO WHERE CAN I SEND CHILD SUPPORT PAYMENT S, AND MY DAUGHTER S XMAS PRESENTS, SEEING SHE BEEN KIDNAPPED ( STATE REP AGREED) FROM ME

↶ Reply     ↞ Reply all     ↪ Forward

