UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| MICHAEL SEAN SPEIGHT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:24-cv-00055-LM-AJ |
| AMANDA KAELBLEIN, MICHAEL KAELBLEIN, NANCY KAELBLEIN, JUDGE GEORGE PHELAN, and ERIC STEPHAN, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ADDENDUM TO
DEFENDANTS MICHAEL KAELBLEIN AND NANCY KAELBLEIN'S
MOTION TO EXTEND THE TIME TO FILE A MOTION TO DISMISS
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND/OR TO SET ASIDE ENTRY OF DEFAULT**

Defendants Michael Kaelblein and Nancy Kaelblein hereby submit their Addendum to their Motion to Extend the Time to File a Motion to Dismiss or Otherwise Respond to Plaintiff's Complaint and/or to Set Aside Entry of Default as follows:

9. Plaintiff was contacted and objects to the relief requested herein. LR 7.1(c). Counsel for the Defendants the Hon. George Phelan, Attorney Eric Stephanie was contacted and assents to the relief requested herein. *Id.* Defendant Amanda Kaelblein was contacted and assents to the relief requested herein. *Id.*

**WHEREFORE**, Defendants Michael Kaelblein and Nancy Kaelblein respectfully request that this Court extend the time for them to file a motion to dismiss or otherwise respond to Plaintiff's Complaint to June 15, 2024.

                    Respectfully submitted,
                    Michael Kaelblein and Nancy Kaelblein
                    By their Attorneys
                    Welts, White & Fontaine, P.C.

Date:  6/11/2024                By:  */s/ Nicole Fontaine Dooley*
                                            Nicole Fontaine Dooley, Esq.
                                            NH Bar No. 266186
                                            29 Factory St./P.O. Box 507
                                            Nashua, NH 03061-0507
                                            (603) 883-0797
                                            nfontainedooley@lawyersnh.com

## CERTIFICATE OF SERVICE

    I, Nicole Fontaine Dooley, hereby certify that on June 11, 2024, this document was filed through the ECF system and sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and by first class mail to non-registered participants.

                                            */s/ Nicole Fontaine Dooley*
                                            Nicole Fontaine Dooley