```
                    Derry Police Department                        Page: 1
              NARRATIVE FOR PATROL OFFICER JOSHUA W MORSE
                 Ref: 22-1772-FI

           Entered:  05/28/2022 @ 1412      Entry ID:    JWM98
           Modified: 05/29/2022 @ 0001      Modified ID: JWM98
           Approved: 05/31/2022 @ 1108      Approval ID: 47MWH
```

    On 5/28/22 at approximately 1322 hours, Officer Morse responded code three (lights and sirens) to a domestic disturbance at 153 N Shore Rd Derry, NH.

    Upon arrival Morse made contact with the reporting party Noelle Kalblein (Noelle) who was reporting her sister Amanda Kalblein (Amanda) and her boyfriend Michael Speight (Michael) were in a verbal argument. Noelle stated that Michael had walked away from the house and into the woods while Amanda was upstairs in the house packing her belongings to leave.

    Morse then went to make contact with Amanda. Amanda stated that she found out Michael was cheating on her and confronted him about it. Amanda then said that Michael got upset and was angry. She began to go upstairs to pack a bag and leave the residents. She then said that while going upstairs to pack the bag, they argued about whether or not he had cheated on her. She then said Michael got upset and he left the house and went for a walk to calm down. Amanda noted she had planned to pack a bag and leave to go to ▮▮▮▮▮ house at ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Morse asked if the argument ever became physical. Amanda stated it was not physical and was only verbal between the two of them. She added she did not know what happened once Michael left and confronted Noelle out front when he was leaving.

    Morse notes he then spoke with Michael who Officer Doherty had located on Colletes Grove Rd. and brought him back to the house at 153 N Shore Rd. Michael said that Amanda had found out he had been cheating on her and she got upset with him. He stated they were in a verbal argument when she began packing belongings to leave. He said he had to leave and go for a walk to calm down. Michael said on his way out he ran into Noelle who said to him "how does it feel to pay for sex". Michael then said he got upset and yelled back to "get the fuck off my property" and continued to walk away from the residence. Michael was also stating nothing physical had occurred between him and Amanda.

    Morse then spoke with Noelle who was stating that Michael had threatened him by telling her to get off the property. She was also stating that he had told her if she did not leave that he would punch her in the face. Noelle stated Michael made the statement as he was walking away from her. Michael denied making this statement. Noelle was unsure at the time, but ultimately stated she did not want to pursue criminal charges against Michael for a criminal threat.

    Morse notes that Amanda left the property with a bag she had packed to go to her ▮▮▮▮ residence. Michael was staying at the house and asked if she comes back to get belongings that there be police there. Both Amanda and Michael were advised on how to get a civil standby if needed for belongings. Morse also notes Noelle left and went back to her house as all parties were separated at this time.

*End of narrative.*

                                  ** Portions of this report have been redacted **

153R N Shore Rd, Derry NH 03038

19th October, 2022

To whom it may concern,

**Re: Michael Speight aka Sean**

My husband and I, Tracey & James McManus were neighbors with Sean for about 1 year from Sept 2021 through August 2022. We shared a Condex and our homes are attached.

Sean was a great neighbor, friendly, Polite and always very helpful if needed.

In the summer we would always see him out with his daughter Vivian playing in the yard. Vivian was a happy little girl and always got Sean's attention Vivian made friends with two young children over the road and they were always over playing under Sean's supervision. Can't say I ever say his partner Amanda outside with Vivian or outside at all. I think I personally only said hello to her maybe twice, she really wasn't sociable and went out of her way to avoid eye contact if we were in the driveway at the same time..

I can say that we never saw Sean angry or heard him raise his voice. We didn't witness any drama or altercations. The only time I heard a raised voice was if Amanda was looking for Sean and he was on our side of the yard.

Sincerely

Tracey & James McManus

10-18-22

Regarding Michael Speight, or Sean Speight as most people know him.

I have known Sean for about a year after he moved into my neighborhood.

During that time, My wife and I saw Sean walking often with his daughter Vivian. They walked from his home down to our community beach at the pond know as Big Island Pond. Such a sweet little child and loving dad.

I remember they walked almost daily.... Always a smile and a hello from Vivian and Sean as they passed by my house on the way to and from the lake.

They seemed to share a special bond and I was looking forward to sharing all I know about the area with the two of them as they made their life in our special community.

Sean was a likeable guy willing to lend a hand and I was saddened by his departure. I've missed seeing them out walking and just looking happy.


Respectfully,

Dan Abate

23 Collettes Grove Rd, Derry NH 03038

603-560-3730

My name is Mikaela Blatus and I coach and teach gymnastics at A2 Gym and Cheer in Salem, New Hampshire. I taught private gymnastics lessons with Vivian from August 2021 until May 2022. However, Vivian took private lessons at A2 starting in April 2021 with a different teacher, as I began working with her in August. I saw her once a week on Saturdays from 12:00-12:30pm during the months I worked with her. For these sessions, Vivian's father provided her transportation and stayed for the duration of the session. He also provided participation when Vivian needed extra support during these sessions.

If you have any questions, please do not hesitate to reach out to A2 at info@a2gc.com

Thank you,
Mikaela Blatus and Heather Fusco