UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.                                                    Civil No. **1:24-cv-00055**
                                                  Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan(Professional, individual capacity)
Eric Stephanie(Professional, individual capacity)

**AFFIDAVIT IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I swear under the pains and penalty of perjury that everything is true and correct to the best of my knowledge .

Date  6/9/24

_____
Michael sean Speight
100 Main st.#106
Pembroke,NH 03275

A copy of this motion was emailed to Attorney Kristen Weber, Amanda Kaelbleins Attorney in New Hampshire to forward to her since its a NH pleading.

State of New Hampshire, county of _Merrimack_ The foregoing instrument was acknowledged before me on this 6/9/24

My commission expires 5/25/26



CHRISTOPHER D. LACROIX
Justice of the Peace - New Hampshire
My Commission Expires May 6, 2025

2