To Whom It May Concern,

This letter is to acknowledge Sean Speight's counseling treatment and how parental alienation has become a significant concern during sessions.

Sean has been struggling with the fear of his bond with his daughter being disrupted as time continues to create distance between them. Sean is also concerned about his daughter establishing negative emotions about him due to his absence.

He feels during this process that his relationship with his daughter may deteriorate and when the time comes for them to reunify his daughter may reject him.

Since there has been no phone contact or visitations Sean has been experiencing sadness, anxiety symptoms, rumination, grief, social isolation and hopelessness which is evident during counseling. If there are additional resources that can provide him the support he needs due to this parental alienation, that would be greatly appreciated.

Sincerely,

*Toni Wedge*

Toni Wedge LSW, LADC, CFRC

Linden Recovery Therapy Services LLC

lindenrecoveryllc@gmail.com

978-494-4508