UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| MICHAEL SEAN SPEIGHT, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:24-cv-00055-LM-AJ |
| AMANDA KAELBLEIN, MICHAEL KAELBLEIN, NANCY KAELBLEIN, JUDGE GEORGE PHELAN, and ERIC STEPHAN, | ) | |
| Defendants. | ) | |

## **DEFENDANTS MICHAEL KAELBLEIN AND NANCY KAELBLEIN'S MOTION TO DISMISS**

Defendants Michael Kaelblein and Nancy Kaelblein, by and through its undersigned counsel and pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(4), 12(b)(5) and 12(b)(6), respectfully moves the Court for an order dismissing all claims against them for lack of personal and subject matter jurisdiction, and failure to state a claim.

In further support of this Motion, Defendants Michael Kaelblein and Nancy Kaelblein repeat and incorporate by reference their Memorandum of Law in Support to Their Motion to Dismiss.

WHEREFORE, Defendants Michael Kaelblein and Nancy Kaelblein respectfully request that this Court:

A.  Allow this Motion and dismiss Plaintiff's claims against them; and

B.  Grant such other and further relief as equity and justice require.

Respectfully submitted,<br>
Michael Kaelblein and Nancy Kaelblein<br>
By their Attorneys<br>
Welts, White & Fontaine, P.C.

Date: 6/17/2024  By:  */s/ Nicole Fontaine Dooley*
Nicole Fontaine Dooley, Esq.
NH Bar No. 266186
29 Factory St./P.O. Box 507
Nashua, NH 03061-0507
(603) 883-0797
nfontainedooley@lawyersnh.com

### CERTIFICATE OF SERVICE

I, Nicole Fontaine Dooley, hereby certify that on June 17, 2024, this document was filed through the ECF system and sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and by first class mail to non-registered participants.

*/s/ Nicole Fontaine Dooley*
Nicole Fontaine Dooley