# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.                                               Civil No. 1:24-cv-00055
                                                        Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan(Professional, individual capacity)
Eric Stephanie(Professional, individual capacity)

## NOTICE OF VOLUNTARY DISMISSAL ON JUDGE GEORGE PHELAN

The plaintiff now requests under Rule 41(a)(1)(A)(i), to voluntarily dismiss the complaint against Judge George Phelan in both capacities. The plaintiff believes that even though he participated in these constitutional violations, he will be protected by immunity.

There is no memorandum of law in support needed.

Respectfully Submitted,

Date 7/7/24

Michael Sean Speight
100 Main St #106
Pembroke, NH 03275



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.                       Civil No. **1:24-cv-00055**
                              Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan(Professional, individual capacity)
Eric Stephanie(Professional, individual capacity)

## AFFIDAVIT IN SUPPORT OF VOLUNTARY DISMISSAL OF GEORGE PHELAN

I swear under the pains and penalty of perjury that everything is true and correct to the best of my knowledge.

Date 7/7/24

Michael sean Speight
100 Main st.#106
Pembroke,NH 03275

State of New Hampshire, county of _Merrimack_ The foregoing instrument was acknowledged before me on this _7/7/2024_

_[signature]_

My commission expires _9/21/2027_

MICHELLE A HAMILTON
Notary Public-New Hampshire
My Commission Expires
September 21, 2027

2