UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.   Civil No. **1:24-cv-00055**
     Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan(Professional, individual capacity)
Eric Stephanie(Professional, individual capacity)

I Michael Sean Speight, served Amanda Kaelblein through Ms. Padilla mediator , in Woburn Probate Court on march 14,2024 the complaint and summons.(See #26 Exhibit 1 Transcripts pg.3 lines 3-7 in docket)

I swear under the pains and penalty of perjury that everything is true and correct to the best of my knowledge .

Date 7/2/24

Michael sean Speight
100 Main st.#106
Pembroke,NH 03275



State of New Hampshire, county of __Merrimack__ The foregoing instrument was acknowledged before me on this __7/7/2024__

My commission expires __9/21/2027__

```
MICHELLE A HAMILTON
Notary Public-New Hampshire
My Commission Expires
September 21, 2027
```

2