UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| MICHAEL SEAN SPEIGHT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:24-cv-00055-LM-AJ |
| AMANDA KAELBLEIN, MICHAEL KAELBLEIN, NANCY KAELBLEIN, JUDGE GEORGE PHELAN, and ERIC STEPHAN, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS MICHAEL KAELBLEIN AND NANCY KAELBLEIN'S OBJECTION TO PLAINTIFF'S MOTION REQUESTING COURT TO ALLOW PLAINTIFF TO AMEND COMPLAINT TO PROPER RELIEF IN INTEREST OF JUSTICE**

Defendants Michale Kaelblein and Nancy Kaelblein hereby object to Plaintiff's Motion Requesting Court to Allow Plaintiff to Amend Complaint to Proper Relief in Interest of Justice. In support of their Objection, Defendants file contemporaneously with this pleading their Memorandum of Law in Support of Their Objection to Plaintiff's Motion Requesting Court to Allow Plaintiff to Amend Complaint to Proper Relief in Interest of Justice.

**WHEREFORE**, Defendants Michael Kaelblein and Nancy Kaelblein respectfully request that this Court:

A. DENY Plaintiff's Motion Requesting Court To Allow Plaintiff To Amend Complaint To Proper Relief In Interest Of Justice; and

B. GRANT such other and further relief as may be just and equitable.

                                        Respectfully submitted,
                                        Michael Kaelblein and Nancy Kaelblein
                                        By their Attorneys
                                        Welts, White & Fontaine, P.C.

Date:  07/08/24                                  By:    /s/ Nicole Fontaine Dooley
                                                                     Nicole Fontaine Dooley, Esq.
                                                                     NH Bar No. 266186
                                                                     29 Factory St./P.O. Box 507
                                                                     Nashua, NH 03061-0507
                                                                     (603) 883-0797
                                                                     nfontainedooley@lawyersnh.com

## CERTIFICATE OF SERVICE

    I, Nicole Fontaine Dooley, hereby certify that on July 8, 2024, this document was filed through the ECF system and sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and by first class mail to non-registered participants.

                                        /s/ Nicole Fontaine Dooley
                                        Nicole Fontaine Dooley