# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.

Civil No. **1:24-cv-00055**
Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie(Professional, individual capacity)

## MOTION FOR JUDICIAL NOTICE

TO THE HONORABLE  CHIEF JUSTICE Landya B. McCafferty

COMES NOW Michael Sean Speight, the plaintiff. The defendant Amanda

Kaelblein Has further alienated V.S. from the plaintiff .

The plaintiff requests this Court to take Judicial Notice under Federal Rule

of Evidence 201.

### 1. FACTS TO BE JUDICIAL NOTICED

    a. Middlesex Probate Court Judge William F. McSweeny ordered

       Jennifer Westbrook, court clinician, to do an investigation of

plaintiff Michael Sean Speight, and defendant Amanda Kaelblein.

Ms. Westbrook found no good cause (No abuse or neglect on minor child V.S.. No personal issues, substance abuse issues, or any other issues in plaintiffs life) why the plaintiff should not be an active parent in V.S. life. (**JUDGE McSweeny stated if the federal court needed the clinicians report they could acquire it, though the plaintiff or defendant do not have access to it.**)

b. Judge McSweeny on September 3, 2024 placed a visitation order for the plaintiff to see V.S. , every Saturday from 12pm to 3pm. ( see exhibit 1)

c. September 7, 2024, Saturday the plaintiff and wife went to Melrose, Ma Police department and were there from 11:45 to 12:35 pm. The defendant Amanda Kaelblein Failed to show for the visitation order. (see exhibit 2 Officer Barranco filed a report that the defendant failed to show for visitation with V.S. in contempt complaint filed On September 10, 2024 in Woburn Probate Court)

d. Amanda Kaelblein has failed to answer this complaint in over
   130 days, This court has failed to place a default judgment
   against her. With her still causing ongoing irreparable
   emotional/mental harm to the plaintiff and minor child V.S

These facts are supported through a Massachusetts Judge, A
Massachusetts Court Clinician, and a police officer and are by all means
undisputed facts.

Date___9/9/24_____

Respectfully Submitted,

_____-
Michael Sean Speight
100 Main St #106
Pembroke, NH 03275

| COMPLAINT FOR<br><br>☐ CIVIL   ☐ CRIMINAL<br><br>CONTEMPT | Docket No.<br><br>MI24W0167WD | Commonwealth of Massachusetts<br>The Trial Court<br>Probate and Family Court |
|---|---|---|

| **Michael** | **S** | **Speight** | ,Plaintiff | **Middlesex** | | **Division** |
| First Name | M.I | Last Name | | | | |
| | | v. | | | | |
| **Amanda** | **C** | **Kaelblein** | ,Defendant | | ˌ | |
| First Name | M.I | Last Name | | | | |

1. Plaintiff resides at    **100 Main Street, 106**    **106**    **Pembroke**    **NH**    **03275**
                           (Address)        (Apt, Unit, No. etc.)     (City/Town)     (State)     (Zip)

2. Defendant resides at    **48 Richardson Rd**               **Melrose**    **MA**    **02176**
                              (Address)        (Apt, Unit, No. etc.)     (City/Town)     (State)     (Zip)

3. By ○ judgment   ◉ order of the Court,   dated     **September 03, 2024**     defendant was ordered

   ☐ to pay ○ alimony and/or ○ support for minor or dependent child(ren) in the sum of $ _____ ○ weekly ○ monthly

   ☒ to comply with the Court ordered parenting time.

   ☐ not to impose any restraint on the personal liberty of plaintiff

   ☐ to pay health insurance premiums for    ○ plaintiff   and/or   ○ child(ren)

   ☐ to pay reasonable medical and dental expenses for    ○ plaintiff   and/or   ○ child(ren)

   ☒ other

       **We were Melrose police department from 1145 am to 1230 pm officer Barranco filed a report stating court
   retrieve it from computer.
   Father wants to know when court will intervene, mothers setting the tone for for visitation. Mother has
   participated in this behavior for 28 months with no consequences. Father doesn't believe this behavior is in
   best interest of the child, and wants to know when mother will be held accountable.
   THIS IS WHY FATHER IS SEEKING CUSTODY OF THEIR DAUGHTER.**

   and said ○ judgment   ◉ order   is still in force.

4. Defendant has not obeyed that    ○ judgment    ○ order   and

   ☐ is in arrears of court-ordered support payments.

   ☐ there now remains due and unpaid to plaintiff the sum of   $ _____   plus such further amounts as

       may accrue to the date of hearing.

   ☒ plaintiff has been denied parenting time on    _____ **September 7 2024** _____

   ☐ has violated the order on    _____ by: _____

5.   Wherefore, plaintiff requests that defendant be required to appear before this Court to show cause why defendant should not be adjudged in contempt of Court and for such other relief as the Court deems just.

Michael Speight

_____
Signature of Attorney or Plaintiff, if pro se

Date: _____ **September 13, 2024**

MicHael SPeiGHT
(Print name)

**100 Main Street**                              **106**
(Address)                                   (Apt, Unit, No. etc.)

**Pembroke**               **NH**        **03275**
(City/Town)             (State)         (Zip)

Primary Phone #:    **9786842496**

E-mail:  **speight6317@gmail.com**

B.B.O. #  _____

**Commonwealth of Massachusetts**
**The Trial Court**
**Probate and Family Court Department**

Middlesex Division                    Docket No. _MI24W0167_

_Michael Speight_ , Plaintiff

v.

_Amanda Kaeblein_ , Defendant

**<u>ORDER</u>**

(*On Complaint/Petition for* ___209C___      *filed:* ___2/8/2024___ )

Pending a hearing on the merits, or until further order of the Court, it is Ordered that:

✓ THE FATHER SHALL HAVE PARENTING TIME EACH SATURDAY FROM 12:00 NOON UNTIL 3:00 P.M. PICK-UP AND DROP-OFF SHALL TAKE PLACE AT THE MELROSE MASSACHUSETTS POLICE STATION. A THIRD PARTY, CHOSEN BY FATHER, SHALL BE PRESENT FOR THE FIRST FOUR PARENTING TIMES. THESE MUST BE IN PUBLIC. *

✓ THIS ORDER IS WITHOUT PREJUDICE AND IS, BY ITS VERY NATURE, TEMPORARY.

✓ A REVIEW OF THIS ORDER SHALL TAKE PLACE ON OCTOBER 18, 2024 AT 8:30 A.M.

Date: _8/22/24_

William F. McSweeny, III., J.
Middlesex Probate and Family Court

* MOTHER/CHILD SHALL BE INSIDE THE POLICE STATION FOR PICK-UP AND MOTHER SHALL BE INSIDE THE POLICE STATION FOR DROP-OFF

NUO9/3/24

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.

Civil No. **1:24-cv-00055**
Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie(Professional, individual capacity)


## MEMORANDUM OF LAW TO SUPPORT MOTION FOR

## JUDICIAL NOTICE

In *Rosa v. City of Seaside, 675 F. Supp. 2d 1006 (N.D. Cal. 2009)* " the court took judicial notice of state administrative regulations relevant to the case."

There are three Massachusetts employees verifying these facts.

In *United states v. Ritchie, 342 F.3d 903(9th Cir. 2003)* "the court took judicial notice of public records and government documents available online"

In the *United States v. Wilson, 631 F.2d 118 (9th Cir. 1980) the appellate court found no abuse of discretion where the district court took judicial notice of facts.*

This Court is presenting facts that this defendant is consistently causing harm to the plaintiff and minor child V.S.

WHEREFORE, the plaintiff requested this court to take judicial notice on this defendant.

Date  9|9|24

Respectfully Submitted,

Michael Sean Speight
100 Main St #106
Pembroke, NH 03275

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.

Civil No. **1:24-cv-00055**
Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan(Professional, individual capacity)
Eric Stephanie(Professional, individual capacity)

### AFFIDAVIT IN SUPPORT OF MOTION TO FOR JUDICIAL NOTICE

I swear under the pains and penalties of perjury, all information is true and correct to the best of my knowledge .

The Attorney for this party was served by email to Atty Kristen Weber who represents the defendant in NH.

Date _9/9/24_____

~~ ~~

Michael Speight
!00 Main Street #106
Pembroke, NH 03275

State of ___N H_____

County of __merramacLk____

The foregoing instrument was acknowledged  this_9/9/24__2024

By_L., S Larfaix_

Notary public __J  P_____          My commission expires _5/6/25_ —



**CHRISTOPHER D. LACROIX**
Justice of the Peace - New Hampshire
My Commission Expires May 6, 2025