## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.

Civil No. <u>1:24-cv-00055</u>
Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie(Professional, individual capacity)

## MOTION REQUESTING A STATUS CONFERENCE

The plaintiff is requesting a status conference in this case, due to the

delays.

1. The plaintiff has continuously moved this case along , not requesting

   any extensions

2. This conference should be granted to put to rest, the unsupported

   claims , accusations some of the defendants are claiming.

3. Amanda Kaelblein has not answered the complaint in over 130, being

   served in Massachusetts Woburn Probate Court in March, and in

   April 2024 by Middlesex Sheriff's Office .

4. Amanda Kaelblein also has a Rule 201 judicial Notice filed against

supporting even further the plaintiffs claim of purposely alienating the

plaintiff from V.S. intentionally inflicting more and severe emotional/

mental anguish on the plaintiff and V.S.

5. The plaintiff has proven Eric Stephaine has violated the plaintiffs

rights, with emails and court documents.

WHEREFORE, in the interest of justice a status conference should be

granted in this case to stop any further delays.

Date___9/9/24___

Respectfully Submitted,

Michael Sean Speight
100 Main St #106
Pembroke, NH 03275

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.

Civil No. **1:24-cv-00055**
Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein

Eric Stephanie(Professional, individual capacity)

## AFFIDAVIT IN SUPPORT OF MOTION FOR STATUS CONFERENCE.

I swear under the pains and penalties of perjury, all information is true and

correct to the best of my knowledge .

The Attorneys for this are served by Court electronic filing and Amanda

Kaelblein through her Atty. Kristen  Weber through email.

Date 9/9/24

Michael Speight
!00 Main Street #106
Pembroke, NH 03275

State of N H

County of merramacck

The foregoing instrument was acknowledged this 9/9/24 2024

By Chris Lacroix

Notary public J P          My commission expires 5/6/25

CHRISTOPHER D. LACROIX
Justice of the Peace - New Hampshire
My Commission Expires May 6, 2025

