UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Michael Sean Speight

V.    Civil No. **1:24-cv-12363**
    Chief Judge Patti B. Saris

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie(Professional, individual capacity)

**MOTION FOR PRO-SE PLAINTIFF TO PARTICIPATE IN ELECTRONIC FILING**

Now comes the plaintiff, Michael Sean Speight appearing pro-se "Pro-Se Litigant", and requesting this court permit said Pro-Se Litigant to participate in electronic filing. In support of this motion, Pro-Se Litigant states the following:

1. Pro-Se Litigant is presently named a party in the above case.

2. Pro-se Litigant is not presently incarcerated.

3. Pro-Se Litigant represents he has the system requirements to participate in electronic filing.

4. As a condition of participating in electronic filing, Pro-Se Litigant agrees to follow all rules and procedures with electronic filing .

Date 9/20/24

Michael Speight

100 Main St. #106

Pembroke, NH 03275

Speight6317@gmail.com

(978) 684-2496

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion will be delivered to all parties when docketed into the system, and Amanda Kaelblein copy will be delivered by Middlesex sheriff's office .