UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Michael Sean Speight

V.

Civil No. **1:24-cv-12363**
Chief Judge Patti B. Saris

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie(Professional, individual capacity)

### MOTION TO REQUEST A RULING ON AMANDA KAELBLEIN

Now comes the plaintiff in the above matter, requesting this Honorable Court enter a ruling under Rule 7 (b) on Amanda Kaelblein default judgment motion.

The defendant has not answered this complaint in over 150 days, she was served twice once on March 14, 2024 by a officer of the court ( see # 26 exhibit 1, Transcripts pg. 3 lines 3-7)

Also on April 24, 2024, by the Middlesex Sheriff's Office.

The plaintiff has also entered evidence where the defendant has violated a court ordered visitation order twice.(46, and 51.)

WHEREFORE, the plaintiff requests a ruling on the default judgment. And there should be a hearing on damages.

Date 9/22/24

Michael Speight
100 Main St. #106
Pembroke, NH 03275
Speight6317@gmail.com
(978) 684-2496

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion will be delivered to Amanda Kaelblein by the Middlesex Sheriff's Office.