FILED
IN CLERKS OFFICE
2024 SEP 23 PM 3:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Michael Sean Speight

V.                                                Civil No. **1:24-cv-12363**
                                                    Chief Judge Patti B. Saris

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie(Professional, individual capacity)

## MEMORANDUM OF LAW IN SUPPORT OF MOTION REQUESTING RULING ON AMANDA KAELBLEIN DEFAULT JUDGMENT

*Fed.R.Civ.P.* 55 emphasizes the court taking judicial action in a timely manner, such as *Allenberg Cotton Co. v. Pittman*

*Allenberg Cotton Co. v. Pittman*, 419 U.S.20 (1974) The Supreme Court has acknowledged the importance of finality in judgment and the need for courts to handle motions and matters in a timely and efficient manner. Even though this court just received this case from a transfer from New Hampshire Federal Court, this Court has jurisdiction to make this ruling.

*Shepard Claims Services, Inc. V. William Darrah & Associates*, 796 F2d.190(6th Cir. 1986) While default judgments are generally within the discretion of the court, the ruling emphasizes that the courts should not delay rulings indefinitely, especially when procedural defaults have occurred.

*Hritz v. Woma Corp.*, 732 F2d. 1178 (3d Cir. 1984) This case addresses the entry of default judgment and reinforces the principle that the court should not unduly delay rulings on default motions once the necessary conditions (e.g., non- response by the defendant) are met.

This defendant has been served with numerous pleadings, and is well aware of this suit as she expresses in transcripts, and in probate court.

WHEREFORE, the motion for ruling should be granted.

Date 9/22/24

Michael Speight
100 Main St. #106
Pembroke, NH 03275
Speight6317@gmail.com
(978) 684-2496