UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2024 SEP 23  PM 3: 40
U.S. DISTRICT COURT
DISTRICT OF MASS.

Michael Sean Speight

V.                                      Civil No. **1:24-cv-12363**
                                               Chief Judge Patti B. Saris

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie(Professional, individual capacity)

**AFFIDAVIT IN SUPPORT OF MOTION FOR RULING ON DEFAULT JUDGMENT ON AMANDA KAELBLEIN.**

I swear under the pains and penalties of perjury, all information is true and correct to the best of my knowledge .

Amanda Kaelblein served through the Middlesex Sheriff's office.

Date  9/22/24

Michael Speight
!00 Main Street #106
Pembroke, NH 03275

State of __NH__

County of __Merrimack__

The foregoing instrument was acknowledged this __9·22·⒮__ ,2024

By __Michael Sean Speight__

Notary public __S~__     My commission expires __5·31·28__

Susan M LeClair
Notary Public, State of New Hampshire
My Commission Expires May 31, 2028