# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

Michael Sean Speight

V.

Civil No. **1:24-cv-12363**
Chief Judge Patti B. Saris

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie(Professional, individual capacity)

## MOTION FOR JUDICIAL NOTICE

Under Federal Rule 201 evidence, this plaintiff requests and prays this court will take judicial notice of evidence set forth in the memorandum of law in support of this motion.

Date 9/16/24

Respectfully Submitted,

Michael Sean Speight
100 Main St #106
Pembroke, NH 03275