## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

Michael Sean Speight

V.

Civil No. **1:24-cv-12363**
Chief Judge Patti B. Saris

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie(Professional, individual capacity)

### AFFIDAVIT IN SUPPORT OF MOTION FOR JUDICIAL NOTICEd

I swear under the pains and penalties of perjury, all information is true and correct to the best of my knowledge .

Amanda Kaelblein got served through Middlesex Sheriffs office.

Date 9/15/24

Michael Speight
!00 Main Street #106

Pembroke, NH 03275

State of _N/H_

County of _merramack_

The foregoing instrument was acknowledged this _01/15/24_, 2024

By _[signature]_

Notary public _P_          My commission expires _5/6/25_

CHRISTOPHER D. LACROIX
Justice of the Peace - New Hampshire
My Commission Expires May 6, 2025