To Whom It May Concern,

This letter is to acknowledge Sean Speight's counseling treatment and how parental alienation has become a significant concern during sessions.



Sean has been struggling with the fear of his bond with his daughter being disrupted as time continues to create distance between them. Sean is also concerned about his daughter establishing negative emotions about him due to his absence.

He feels during this process that his relationship with his daughter may deteriorate and when the time comes for them to reunify his daughter may reject him.

Since there has been no phone contact or visitations Sean has been experiencing sadness, anxiety symptoms, rumination, grief, social isolation and hopelessness which is evident during counseling. If there are additional resources that can provide him the support he needs due to this parental alienation, that would be greatly appreciated.

Sincerely,

*Toni Wedge*

Toni Wedge LSW, LADC, CFRC

Linden Recovery Therapy Services LLC

lindenrecoveryllc@gmail.com

978-494-4508

| **CONTEMPT SUMMONS** | Docket No.<br>MI24W0167WD | Commonwealth of Massachusetts<br>The Trial Court<br>Probate and Family Court |
|---|---|---|
| Michael S. Speight<br><br>Amanda C. Kaelblein<br>Name of Case | | Middlesex Probate and Family Court<br>(781)865-4000 |

**To the above named Defendant:**

You are ordered to appear at a Probate and Family Court to be held at:

    Date: 10/17/2024

    Time: 08:30 AM

    Place: Woburn Courtroom 2
    10-U Commerce Way
    Woburn, MA 01801

    Summons Issued, Contempt Returnable

to show cause why you should not be held in civil and/or criminal contempt, the penalty for which may be a jail sentence.

You are hereby summoned and required to serve upon:

    Michael S Speight

whose address is:

    100 Main St #106
    Pembroke, NH 03275-

your answer, if any, to the complaint which is herewith served upon you, within ___7 days___ after service of this summons upon you, exclusive of the day of service. You are also required to file your answer, if any, to the complaint in this office of the Register of this court at Middlesex Probate and Family Court, either before service upon Plaintiff or Plaintiff's attorney, if represented by counsel, or within a reasonable time thereafter.

**Failure to appear on this date may result in the issuance of an order for your arrest.**

WITNESS, Hon. Terri L. Klug Cafazzo, First Justice of this Court.

Date: September 9, 2024

Register of Probate

**Commonwealth of Massachusetts**
**The Trial Court**
**Probate and Family Court Department**

Division: Middlesex

Docket No. MJ24W0267WD

Plaintiff/Petitioner: Michael S. Speight

v.

Defendant/Respondent: Amanda C. Kaeiblein

**MOTION FOR**

SHORT ORDER NOTICE / Speedy hearing

Now comes Michael S. Speight (name of moving party) ☒ Plaintiff ☐ Defendant ☐ Petitioner ☐ Respondent

in this action who requests:

TO HEAR THIS CASE AS SOON AS POSSIBLE ( SEE AFFIDAVIT OF EMERGENCY )

X _____

Date _____

(Signature of attorney or plaintiff, if pro se)

Print name: Michael S Speight
Street address: 100 Main St #106
City/Town: Pembroke   State: NH   Zip: 03275
Tel. No. 1-978-684-2496
B.B.O.# Speight6317@gmail

**NOTICE OF HEARING**

This motion will be heard at the Probate and Family Court

in _____ (city)

on _____ (month/day/year)

at _____ (time of hearing)

The within motion is hereby ☐ ALLOWED ☒ DENIED

Contempt to be heard 10/17/2024 at 8:30 AM.
Service shall be made in hand/_____ cause.

Date: 9/9/2024

FILED SEP 0 9 2024

JUSTICE OF PROBATE AND FAMILY COURT

CJ-D 400 (4/07)   Page 1 of 2   C.G.F.

| COMPLAINT FOR<br>☐ CIVIL  ☐ CRIMINAL<br>CONTEMPT | Docket No.<br>MI24W0167WD | Commonwealth of Massachusetts<br>The Trial Court<br>Probate and Family Court |
|---|---|---|
| Michael  S  Speight , Plaintiff<br>First Name  M.I  Last Name | Middlesex | Division |
| v.<br>Amanda  C  Koelblein , Defendant<br>First Name  M.I  Last Name | | |

1. Plaintiff resides at  100 Main St, 106   106   Pembroke   NH   03275
   (Address)  (Apt, Unit, No. etc.)  (City/Town)  (State)  (Zip)
2. Defendant resides at  48 Richardson Rd.   ___   Melrose   MA   02176
   (Address)  (Apt, Unit, No. etc.)  (City/Town)  (State)  (Zip)
3. By ☐ judgment  ☒ order of the Court, dated  8/27/2024   defendant was ordered
   ☐ to pay ☐ alimony and/or ☐ support for minor or dependent child(ren) in the sum of _____ ☐ weekly ☐ monthly
   ☒ to comply with the Court ordered parenting time.
   ☐ not to impose any restraint on the personal liberty of plaintiff
   ☐ to pay health insurance premiums for  ☐ plaintiff  and/or  ☐ child(ren)
   ☐ to pay reasonable medical and dental expenses for  ☐ plaintiff  and/or  ☐ child(ren)
   ☒ other  The father shall have parenting time each Saturday from 12 noon until 3:00pm pick up and drop off shall take place at the Melrose Massachusetts Police Station. A third party, chosen by father shall be present for the first four parenting times. These must be public. This order is without prejudice and is, by its very nature, temporary.

   and said ☐ judgment  ☒ order is still in force.
4. Defendant has not obeyed that  ☐ judgment  ☐ order  and
   ☐ is in arrears of court-ordered support payments.
   ☐ there now remains due and unpaid to plaintiff the sum of  $ _____ plus such further
   amounts as may accrue to the date of hearing.
   ☒ plaintiff has been denied parenting time on  September 7, 2024
   ☒ has violated the order on  September 7, 2024  by: Amanda Koelblein did not show up at Melrose police station with minor child Vivian Speight for visitation on 9/7/24

5. Wherefore, plaintiff requests that defendant be required to appear before this Court to show cause why defendant should not be adjudged in contempt of Court and for such other relief as the Court deems just.
   Date:  Dated and signed on second page
   Signature of Attorney or Plaintiff, if pro se

   (Print name)
   (Address)  (Apt, Unit, No. etc.)
   (City/Town)  (State)  (Zip)
   Primary Phone #:
   B.B.O. #

MB
FILED
SEP 09 2024

CJ-D 103 (7/15/15)                                                                                 133  page 1 of 1

**Middlesex Sheriff's Office** • 40 Brick Kiln Rd, Chelmsford, MA 01824 • 617-547-1171
Middlesex, ss.

September 19, 2024

I hereby certify and return that on 9/18/2024 at 3:51 PM I served a true and attested copy of the MEMORANDUM OF LAW TO SUPPORT MOTION FOR JUDICIAL NOTICE, MOTION FOR JUDICIAL NOTICE, AFFIDAVIT IN SUPPORT OF MOTION FOR JUDICIAL NOTICE, ATTACHMENTS in this action in the following manner: To wit, by leaving at the last and usual place of abode of AMANDA KAELBLEIN, 48 RICHARDSON Road MELROSE, MA 02176 and by mailing 1st class to the above address on 9/18/2024 Fees: Attest ($10.00) Basic Service Fee ($20.00) Postage and Handling ($5.50) Travel ($5.12) Conveyance ($4.50) Total: $45.12

Deputy Sheriff Richard Moran



**Peter J. Koutoujian**
SHERIFF

# The Commonwealth of Massachusetts
## Middlesex Sheriff's Office
### Civil Process Division
40 Brick Kiln Road
Chelmsford, MA 01824
Phone (617) 547-1171   Fax (617) 868-7244

MICHAEL SPEIGHT
100 MAIN Street
Pembroke NH 03275

Court Docket #:   1:24-CV-12363
Amount Due:      $ 0.00
Invoice #:            24012249
Invoice Date:       09/19/2024
Your File #:

Phone: 978-684-2496

**PLEASE NOTE: RETURN THIS TOP PORTION WITH YOUR PAYMENT**

*Payment of this invoice is due upon receipt*

**Payment Due Upon Receipt**        Writ: MEMORANDUM OF LAW TO SUPPORT MOTION FOR JUDICIAL NO
Please send a copy of this invoice with your remittance

MICHAEL SEAN SPEIGHT
vs.
AMANDA KAELBLEIN

Invoice #:       24012249
Invoice Date:    09/19/2024
Court:           US DISTRICT

Serve:   AMANDA KAELBLEIN
         48 RICHARDSON Road
         MELROSE MA 02176

Served by Deputy Sheriff: RICHARD MORAN
Service Date/Time:    09/18/2024   3:51 pm
Method of Service:    Last and Usual Place of Abode

| **Fees** | **Amount** |
| --- | --- |
| Attest | 10.00 |
| Basic Service Fee | 20.00 |
| Postage and Handling | 5.50 |
| Travel | 5.12 |
| Conveyance | 4.50 |
| **Total Fees** | **45.12** |

| **Payment Date** | **Receipt #** | **Check #** | **Amount** |
| --- | --- | --- | --- |
| 09/17/2024 | 399940 | 629789 | 45.12 |
| **Total Payments** | | | **45.12** |

Amount Due:   0.00