# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

Michael Sean Speight

V.                                     Civil No. <u>**1:24-cv-12363**</u>
                                       Chief Judge Patti B. Saris

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie(Professional, individual capacity)


## MEMORANDUM OF LAW TO SUPPORT MOTION FOR

## JUDICIAL NOTICE

The plaintiff has submitted  one judicial notice on Amanda Kaelblein on

September 9, 2024, for failing to show on a court ordered visitation on

September 7, 2024.

Amanda Kaelblein failed to show up on her second court ordered visitation

on September 14, 2024 , and officer Conners from Melrose Police

Department filed a report.

1

this.

## ARGUMENT

In *Rosa v. City of Seaside, 675 F. Supp. 2d 1006 (N.D. Cal. 2009)* " the court took judicial notice of state administrative regulations relevant to the case."

There are three Massachusetts employees verifying these facts.

In *United states v. Ritchie, 342 F.3d 903(9th Cir. 2003)* "the court took judicial notice of public records and government documents available online"

In the *United States v. Wilson, 631 F.2d 118 (9th Cir. 1980) the appellate court found no abuse of discretion where the district court took judicial notice of facts.*

## CONCLUSION

This Court is presenting facts that this defendant is consistently causing harm to the plaintiff and minor child V.S.

## RELIEF REQUESTED

WHEREFORE, the plaintiff requested this court to take judicial notice on

4

this defendant. Find Amanda Kaelblein in default judgment and set a

hearing for damages, and stop the behavior she is participating in .


Date _9/16/24_

Respectfully Submitted,

Michael Sean Speight
100 Main St #106
Pembroke, NH 03275

5