UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2024 SEP 26  AM 10: 37
U.S. DISTRICT COURT
DISTRICT OF MASS.

Michael Sean Speight

V.

Civil No. **1:24-cv-12363**
Chief Judge Patti B. Saris

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie(Professional, individual capacity)

## SUMMONS FOR WOBURN PROBATE COURT TO PRODUCE CLINICIANS REPORT IN DOCKET # MI24W0167WD FOR EVIDENCE

Now comes the plaintiff requesting this Honorable Court approve this Summons for Woburn Probate Court to produce this clinicians report for evidence in this above matter.

The clinicians report further proves Defendant Amanda Kaelblein behavior was erratic and malicious, and kept minor child away from father for no reason but to hurt father.

Woburn Probate Court stated if the Federal Court wanted the report they can request it but parties can not get copies.

WHEREFORE, the plaintiff is requesting this Court to request a copy of the report and store it into evidence.

I swear under the pains and penalties of perjury, all information is true and correct to the best of my knowledge .

Woburn Probate Court was hand delivered a copy by Jillian Speight

Date 9/24/24

Michael Speight
!00 Main Street #106
Pembroke, NH 03275

State of NH

County of MERRIMACK

The foregoing instrument was acknowledged this 9/24, 2024

By _____

Notary public_____     My commission expires 5/6/25

CHRISTOPHER D. LACROIX
Justice of the Peace - New Hampshire
My Commission Expires May 6, 2025