UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Michael Sean Speight

V.

Civil No. **1:24-cv-12363**
Chief Judge Patti B. Saris

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie(Professional, individual capacity)

**AFFIDAVIT IN SUPPORT OF MOTION TO AMEND COMPLAINT**

I, Michael Sean Speight swear under the pains and penalties of perjury everything is true and correct to the best of my knowledge.

All defendants will be served through electronic filing, Amanda Kaelblein will be served with a copy of Motion to Amend, Memorandum of law , and Affidavit in support to Amend this complaint through Middlesex Sheriff's Office.



Respectfully submitted,

Date 10/16/24

*[signature]*

Michael Speight
100 Main Street #106
Pembroke, NH 03275
Speight6317@gmail.com

CamScanner

State of __NEW HAMPSHIRE__

County of __MERRIMACK__

Signed to and sworn to (or affirmed) before me on

__10/16/2024__ by __MICHAEL SPEIGHT__.
  Date                  Name(s) or Person(s) Making Statement

__Stephanie Baldwin__
  Signature of Notarial Officer

(Seal)

__NOTARY PUBLIC__
  Title and Rank

My commission expires: __11/22/2027__

STEPHANIE K. BALDWIN
Notary Public, State of New Hampshire
My Commission Expires 11/22/2027