UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Michael Sean Speight

V.

Civil No. **1:24-cv-12363**
Chief Judge Patti B. Saris

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie (Professional, individual capacity)

## MOTION TO AMEND COMPLAINT

Now comes the Plaintiff, and is now amending his complaint, Under the Honorable Courts direction, and under Rule 15. Amended and Supplemental Pleadings.

Respectfully submitted,

Date 10/16/24

Michael Speight
!00 Main Street #106
Pembroke, NH 03275

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Michael Sean Speight

V.

Civil No. **1:24-cv-12363**
Chief Judge Patti B. Saris

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie(Professional, individual capacity)

## MEMORANDUM IN SUPPORT OF MOTION TO AMEND COMPLAINT

### 1983 Civil Rights Complaint

1. **INTRODUCTION**

The plaintiff moves to amend this complaint against Massachusetts Department of Revenue lawyer Eric Stephanie, Amanda Kaelblein, Michael Kaelblein, and Nancy Kaelblein for acting in "Joint Action" or in "Concert" to violate his constitutional rights, specifically the right to due process and equal protection under the law, as guaranteed by the Fourteenth Amendment.



Eric Stephanie, acting under the color of state law, and the other defendants, as private individuals, worked together to deprive the plaintiff of his rights, including access to his minor child.

## 2. Factual Background

### A. June 11, 2021- May 28, 2022

The plaintiff, a minor child (known as V.S.), and Amanda Kaelblein resided at 153 North Shore Road, Derry, NH.

### B. May 28, 2022

Amanda Kaelblein took the minor child out of New Hampshire to Massachusetts after a failed relationship with the plaintiff, without his consent.

### C. June 6, 2022

The plaintiff filed a parenting petition in Derry Family Court, for custody/ child support.

### D. November 3, 2022

Massachusetts DOR lawyer Eric Stephanie had a hearing held for child support only, disregarding Massachusetts General Laws, Uniform Child Custody Jurisdiction Enforcement Act, and the Parental Kidnapping Prevention Act.

2.

During this hearing Judge George Phelan made it clear to the plaintiff, manda Kaelblein, and most importantly Eric Stephanie that there was to be no child support order put in place till he reviewed the parenting petition filed June 6, 2022 in Derry Family Court.

Even with those specific instructions Eric Stephanie issued a child support order.

This act violated the Plaintiff's due process rights, as it was not legally authorized and caused a chain reaction of events all caused harm to the Plaintiff, and V.S.

E. November 15, 2022

A hearing took place in Derry Family Court, NH, where the plaintiff was to receive temporary orders to be reunited with V.S.

Due to Amanda Kaelblein"s false statements( specifically the plaintiff was never involved in V.S. life, and Massachusetts picking up jurisdiction) the parenting petition was dismissed.

F. November 18, 2022

After the Plaintiff confronted Eric Stephanie through emails regarding the improper child support order, he admitted it was not the judges intention and vacated it.

3.



However, the damage had already been done, as the illegal order affected the Plaintiff's legal standinding and caused harm.

### G. Coordination Between Defendants

Amanda Kaelblein, and her parents Michael Kaelblein, and Nancy Kaelblein worked together to keep the Plaintiff from V.S..

Amanda Kaelblein gave inconsistent statements in New Hampshire Family Courts, and Massachusetts Courts, further supported by her parents.

As recently as August 2024, all three of these defendants gave false and misleading statements to a Massachusetts Probate Court Clinician Jennifer Westbrook, who investigated the Plaintiff and found no basis to any of the defendants claims.

These actions were done to manipulate the court process and keep V.S. away from Plaintiff.

Amanda Kaelblein even went as far as stating she only lived in Nh, for a couple of months. Seven Neighbors from the neighborhood at 153 North Shore Rd. Derry, NH are willing to testify to the contrary, and in her own statements in the November 3, 2022 hearing she states, she, the minor child, and plaintiff lived together 5 years, till

4.

May 28, 2022.

### H. State Actor Conspiracy

Amanda Kaelblein and Eric Stephanie conspired to get a child support order in Massachusetts that was not legally authorized. Michael Kaelblein and Nancy Kaelblein, supported these actions by providing false statements to the courts and furthering the scheme to deny the Plaintiff access to V.S.

### I. Unlawful Interference with Parenting Time

By issuing an unauthorized child support order and manipulating the legal system, Eric Stephanie and Amanda Kaelblein interfered with the plaintiff's ability to parent his child. This order was issued without judicial approval on November 3, 2022, and directly impacted the Plaintiff's parental rights by contributing to the ongoing withholding of V.S. by Amanda Kaelblein, Michael Kaelblein, and Nancy Kaelblein. It caused legal disadvantages during custody proceedings.

## 3. Legal Claims

### A. Count I–Violation of Due Process (42 U.S.C. 1983)

Eric Stephanie, acting under the color of state law, violated the

5.

Plaintiff's due process rights by issuing a child support order that was not authorized by the judge. This action deprived the Plaintiff of his property and legal rights without due process of law.

B. Count II— Conspiracy to Violate Civil Rights (42 U.S.C. 1983)

Amanda Kaelblein, Michael Kaelblein, and Nancy Kaelblein, acting in "Concert" with Eric Stephanie, conspired to deprive Plaintiff of his constitutional rights. By proving false statements and supporting the issuance of an illegal child support order, they actively participated in violating the Plaintiff's rights to equal protection, and due process under the Fourteenth Amendment.

C. Count III– Government interference with Parental Rights and Constitutional Violations ( 42 U.S.C. 1983)

The Plaintiff asserts that his fundamental parental rights, protected by the Due Process Clause of the Fourteenth Amendment, were violated through government action and state actor involvement, specifically through the unlawful actions of DOR lawyer Eric Stephanie in concert with Amanda Kaelblein, who worked in concert with the other two defendants. The Defendants coordinated efforts and the state government's improper involvement constitutes a violation of the

6.

Plaintiff's constitutional rights to maintain a relationship with his child.

## 4. Relief Requested

### A. Compensatory Damages

The Plaintiff requests from Eric Stephanie $250,000. And $100,000. From all three of the Kaelblein family, for the emotional distress, loss of parenting time, financial losses, and reputational harm suffered as a result of the defendants actions.

1. Emotional pain and suffering caused by alienation and manipulation.
2. Financial harm done, due to unauthorized child support order and the results it caused.
3. Reputation damages caused by false statements made to the court and other parties involved in the legal process.

### B. Punitive Damages

The Plaintiff seeks punitive damages against all Defendants, including the DOR lawyer, Amanda, Michael, and Nancy Kaelblein, for their willful, malicious, and reckless disregard for the plaintiff's Constitutional rights. Punitive Damages are necessary to punish the Defendants and deter similar future conduct by state actors and private

7.

Individuals . The Plaintiff requests the Court assess punitive damages

In the amount that reflects the gravity of the Defendant's misconduct.

C. Declaratory Relief

The plaintiff requests that the Court issue a declaratory judgment

Finding that the Defendants actions violated the Plaintiff's

Constitutional rights under the Fourteenth Amendment

D. Any Other Relief the Court, deems Just and Proper

The Plaintiff further requests any other relief that this Court

Deems appropriate under the circumstances.

E. Requesting a bench trial, not a jury trial.

5. Conclusion

The plaintiff requests this Court Amend this complaint to reflect this

Moving forward as the court instructed the plaintiff to amend this

Complaint.

8.

Respectfully submitted,

Date 10/16/27

Michael Speight
100 Main Street #106
Pembroke, NH 03275
Speight6317@gmail.com

9.

CS CamScanner