

# The Commonwealth of Massachusetts
## Middlesex Sheriff's Office
### Civil Process Division
40 Brick Kiln Road
Chelmsford, MA 01824
Phone (617) 547-1171   Fax (617) 868-7244

Peter J. Koutoujian
SHERIFF

MICHAEL SEAN SPEIGHT
100 MAIN Street
#706
Pembroke MA 02359

Phone: (781) 582-7500

Court Docket #:   1:24-CV-12363
Amount Due:      $ 0.00
Invoice #:       24014018
Invoice Date:    10/23/2024
Your File #:

PLEASE NOTE: RETURN THIS TOP PORTION WITH YOUR PAYMENT

Payment of this invoice is due upon receipt

**Payment Due Upon Receipt**
Please send a copy of this invoice with your remittance

MICHAEL SEAN SPEIGHT
vs
AMANDA KAELBLEIN

Serve:   AMANDA KAELBLEIN
         48 RICHARDSON Road
         MELROSE MA 02176

Writ: motion TO AMEND COMPLAINT, AFFIDAVIT, MEMORANDUM

Invoice #:       24014018
Invoice Date:    10/23/2024
Court:           US DISTRICT

Served by Deputy Sheriff: RICHARD MORAN
Service Date/Time:        10/22/2024   1:36 pm
Method of Service:        Last and Usual Place of Abode

| Fees | Amount |
|---|---|
| Attest | 10.00 |
| Basic Service Fee | 20.00 |
| Postage and Handling | 5.00 |
| Travel | 5.12 |
| Conveyance | 4.50 |
| **Total Fees** | **44.62** |

| Payment Date | Receipt # | Check # | Amount |
|---|---|---|---|
| 10/18/2024 | 401007 | 01808R | 44.62 |
| **Total Payments** | | | **44.62** |

Amount Due:   0.00

Page 1 of 1

**Middlesex Sheriff's Office • 40 Brick Kiln Road Chelmsford, MA 01824 • 617-547-1171**

Middlesex, ss.

October 23, 2024

I hereby certify and return that on 10/22/2024 at 1:36 PM I served a true and attested copy of the motion TO AMEND COMPLAINT, AFFIDAVIT, MEMORANDUM in this action in the following manner: To wit, by leaving at the last and usual place of abode of AMANDA KAELBLEIN, 48 RICHARDSON Road MELROSE, MA 02176 and by mailing 1st class to the above address on 10/22/2024 Fees: Attest ($10.00) Basic Service Fee ($20.00) Postage and Handling ($5.00) Travel ($5.12) Conveyance ($4.50) Total: $44.62

Richard Moran
Deputy Sheriff