# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

Michael Sean Speight

V.

Civil No. **1:24-cv-12363**
Chief Judge Patti B. Saris

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie (Professional, individual capacity)

## OBJECTION TO MOTION TO DISMISS FILED BY MICHAEL KAELBLEIN AND NANCY KAELBLEIN

Now comes, Michael Sean Speight Objecting to Michael Kaelblein and Nancy Kaelblein Motion to Dismiss, Memorandum of Law in Support is filed in support of this Motion.

Date 11/14/24

Respectfully Submitted,

Michael Sean Speight
100 Main St. #106
Pembroke, NH 03275
Speight6317@gmail.com