UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Michael Sean Speight

V.                                                   Civil No. **1:24-cv-12363**
                                                         Chief Judge Patti B. Saris

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie(Professional, individual capacity)

**MOTION TO ENTER DEFAULT**

**TO THE CLERK OF COURT:**

The Plaintiff, Michael Sean Speight, request this Honorable Court Clerk Enter a Default in on Eric Stephanie, and Amanda Kaelblein under Rule 55(a), for failing to plead, answer, or otherwise respond to the complaint within the time allowed by law.

**In support of this request, Plaintiff states the following:**

1. **Filing of the Amended Complaint:**

   Plaintiff filed the Amended Complaint on October 16, 2024, and served Eric Stephanie through EFC on October 16,2024.

Amanda Kaelblein was served on October 26, 2024 by Middlesex sheriff's Office Docket #69.

2. **Defendant's Failure to Respond:**

As of November 14, 2024 of this request, has not filed an answer or otherwise responded to the Amended Complaint, nor have they requested additional time to respond.

Accordingly, Plaintiff respectfully requests the Clerk enter a default against both Eric Stephanie, and Amanda Kaelblein.

Date 11/14/24

Respectfully Submitted,

Michael Sean Speight
100 Main St. #106
Pembroke, NH 03275
Speight6317@gmail.com