UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Michael Sean Speight

V.

Civil No. **1:24-cv-12363**
Chief Judge Patti B. Saris

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie(Professional, individual capacity)

## AFFIDAVIT IN SUPPORT OF MOTION

## TO ENTRY OF DEFAULT

I, Michael Sean Speight, in the above captioned matter make this Affidavit based on personal knowledge. On October 16, 2024, I filed an Amended Complaint, against Eric Stephanie, Amanda, Michael, and Nancy Kaelblein.

Eric Stephanie was served through ECF, who is a registered participant.

On October 26, 2024, Amanda Kaelblein was served through the Middlesex Sheriff's' Office.

According to Federal Rule of Civil procedure 55(a), these two Defendandants failed to respond to the Amended Complaint, and I requested the Clerk to enter a Default against them both.

I declare under penalty of perjury that the forgoing is true and correct

Date 11/14/24

Respectfully Submitted,

Michael Sean Speight
100 Main St. #106
Pembroke, NH 03275
Speight6317@gmail.com

## CERTIFICATE OF SERVICE

I, Michael Sean Speight, hereby certify that on November 14, 2024, this document was filed through the ECF system and was sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and to Amanda Kaelblein's massachusetts lawyer through email at ashaddox@blb-law.com

Michael Sean Speight