UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL SEAN SPEIGHT, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>AMANDA KAELBLEIN, )<br>MICHAEL KAELBLEIN, )<br>NANCY KAELBLEIN, )<br>ERIC STEPHANIE, )<br>)<br>Defendants )<br>) | Case No. 1:24-cv-12363-PBS<br><br>LEAVE TO FILE GRANTED<br>ON 11/22/2024 |

**DEFENDANTS MICHAEL KAELBLEIN AND NANCY KAELBLEIN'S
REPLY TO PLAINTIFF'S OBJECTION TO
MOTION TO DISMISS 1983 CIVIL RIGHTS COMPLAINT**

Defendants Michael Kaelblein and Nancy Kaelblein, by and through their undersigned counsel and pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), reply to Plaintiff's Objection to Motion to Dismiss Filed by Michael Kaelblein and Nancy Kaelblein for the reasons set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendants Michael Kaelblein and Nancy Kaelblein respectfully request that this Court:

A. Grant their Motion to Dismiss;

B. Dismiss Plaintiff's claims against them; and

C. Grant such other and further relief as equity and justice require.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Michael Kaelblein and Nancy Kaelblein<br>By their Attorneys<br>Welts, White & Fontaine, P.C. |
| Date: 11/22/2024 | By: */s/ Nicole Fontaine Dooley*<br>Nicole Fontaine Dooley, Esq.<br>NH Bar No. 266186<br>29 Factory St./P.O. Box 507<br>Nashua, NH 03061-0507<br>(603) 883-0797<br>nfontainedooley@lawyersnh.com |

### CERTIFICATE OF SERVICE

I, Nicole Fontaine Dooley, hereby certify that on November 22, 2024, this document was filed through the ECF system and sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and by first class mail to non-registered participants.

*/s/ Nicole Fontaine Dooley*
Nicole Fontaine Dooley