UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL SEAN SPEIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:24-cv-12363-PBS |
| AMANDA KAELBLEIN, ) | |
| MICHAEL KAELBLEIN, ) | |
| NANCY KAELBLEIN, and ) | |
| ERIC STEPHAN[1], ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT ERIC STEPHAN'S MOTION TO DISMISS

Pursuant to Local Rule 7.1 and Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant Eric Stephan hereby moves to dismiss all of Plaintiff Michael Sean Speight's claims against him.

In further support of this Motion, Attorney Stephan repeats and incorporates by reference Defendant Eric Stephan's Memorandum of Law in Support of His Motion to Dismiss and the exhibits attached thereto.

WHEREFORE, Attorney Stephan respectfully requests that this Court:

A. Allow this Motion and dismiss all of Plaintiff's claims against him; and

B. Grant such other and further relief as equity and justice require.

---

[1] Misnamed in the caption as Eric Stephanie.

ERIC STEPHAN, in his individual capacity and his official capacity as an Attorney for the Massachusetts Department of Revenue

By his Attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Eric A. Martignetti*
Eric A. Martignetti, BBO # 678377
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 963-2314
eric.martignetti@mass.gov

Date:  December 3, 2024

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (a)(2)

I, Eric A. Martignetti, hereby certify that on April 30, 2024, I conferred by telephone with *pro se* Plaintiff Michael Sean Speight in good faith to resolve or narrow the issues.

*/s/ Eric A. Martignetti*
Eric A. Martignetti

### CERTIFICATE OF SERVICE

I, Eric A. Martignetti, hereby certify that on December 3, 2024, this document was filed through the ECF system and sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and by email to non-registered participants.

*/s/ Eric A. Martignetti*
Eric A. Martignetti