

# Commonwealth of Massachusetts
## The Trial Court
### Probate and Family Court Department

Division Middlesex                                                           Docket No. MI22W1174WD

## TEMPORARY ORDER OF SUPPORT
on Long Arm Complaint to Establish Support Pursuant t filed on 08/04/2022

Massachusetts Department of Revenue
Child Support Enforcement Division
on behalf of

<u>Amanda Christine Kaelblein</u>                      , Plaintiff   v.   <u>Michael Sean Speight</u>                              , Defendant

Pending a hearing on the merits or until further order of the court, after hearing, all persons having been notified in accordance with the law, and ● plaintiff, ● defendant, ● counsel for DOR, ○ counsel for plaintiff, ○ counsel for defendant, ○ interpreter / G.A.L. / DCF / P.O. having appeared today it is hereby **ORDERED**:

1. ○ The parties shall comply with the stipulation or agreement dated _____ which is filed with the Court and expressly made a part of this order.

2. ● The ~~Mother~~ / Father shall pay current child support in the amount of $ __228.00__ per week / ~~month~~ by income assignment effective <u>Friday, November 4</u>, 20 <u>22</u>. This child support amount is for <u>1</u> children, the child in this case, and the child(ren) in the case(s) with the following docket number(s):
   _____.

3. ○ The Mother / Father is ordered to maintain MassHealth (or an equivalent program in another state) for the child.
   ○ The Mother / Father must notify DOR (or the other parent if DOR is not providing services) if private health care coverage for the child becomes available to the parent.
   ● The Mother / ~~Father~~ is ordered to maintain/obtain private health care including ● dental ● vision coverage for the child.
   ○ The child is presently receiving MassHealth (or an equivalent program in another state). The court finds that it is in the best interest of the child and does not create an undue hardship on the parties for Mother / Father to obtain private health care coverage for the child.

4. ● The obligation to pay current child support and provide health insurance for the child(ren) ends on the child(ren)'s
   ○ 18th ● 21st ○ 23rd birthday on ○ _____ unless ordered otherwise.
   ○

5. The Mother / Father shall report to the Probation Department each _____ with evidence of having sought employment from _____ employers and shall comply with all terms and conditions established by Probation. **VIOLATION OF THIS PARAGRAPH MAY BE DEEMED CRIMINAL CONTEMPT OF COURT AND MAY SUBJECT THE DEFENDANT TO A JAIL SENTENCE OF UP TO SIX MONTHS.**
   ○

6. ○ This matter is continued for hearing on _____ at _____ a.m./p.m.

7. The court notes that Father at some date in June 2022 filed litigation in the state of New Hampshire where Mother was then residing with the child, wherin Father sought custody and/or parenting time. The parties dispute whether Father also requested a child support ruling. Despite attempts by the Judge, it is still not clear when and how long Mother and the minor child returned to Massachusetts. Both parties agree that the New Hampshire court has set a date for November 15th. Both parties agree to $288.00 per week payable by Father to Mother, but disagree whether it is payable by the Massachusetts Department of Revenue.

/s/ Hon. George F. Phelan
Justice of the Middlesex Probate and Family Court

Date 11/03/2022

FILED
NOV 03 2022

**Obligation To Notify DOR:** As long as there is a support order, both parties must notify DOR (at 800-332-2733) of any change in: residential or mailing addresses; phone number; driver's license number; Social Security number; or name, address, or phone number of employer.

F70724  03/20    48396530                                              Page 1 of 1

*pll*