UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Michael Sean Speight

V.

Civil No. 1:24-cv-12363
Chief Judge Patti B. Saris

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie (Professional, individual capacity)

**PLAINTIFFS MICHAEL SEAN SPEIGHT'S MOTION OF OBJECTION TO MICHAEL AND NANCY KAELBLEIN MOTION TO LEAVE TO SUPPLEMENT MOTION TO DISMISS**

The Plaintiff requests this motion to leave to supplement the motion to dismiss be denied.

The arguments were available when the Defendants filed their Motion to Dismiss, but not raised under Rule 12(g)(2).

Under Rule 15(d) it would be prejudice to the Plaintiff.

Under Rule 12(f) the Motion is redundant, immaterial, or irrelevant.

Also facts stated in Memorandum of Law in Support of this Motion.

WHEREFORE, the Defendants' Motion to Leave to Supplement Motion to Dismiss should be denied.

Respectfully Submitted,

12/5/24  Michael Sean Speight
15 Ingham Rd.
Merrimack, NH 03054
Speight6317@gmail.com
(978) 684-2496

I certify that a correct copy of this motion was served to Amanda Kaelblein through Attorney Alethea Shaddox, Michael and Nancy Kaelablein, Eric Stephan through ECF and their Attorney Nicole Dooley Fontaine, and Eric Martignetti through email.

I certify that copies of this motion were sent on December 5, , 2024

bgss

12/5/24  Michael Sean Speight