# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

Michael Sean Speight

V.                                        Civil No. **1:24-cv-12363**
                                          Chief Judge Patti B. Saris

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephan(Professional, individual capacity)

## MOTION FOR ENTRY OF DEFAULT AGAINST AMANDA KAELBLEIN

The plaintiff, pursuant to Rule 55(a) of the federal Rules of Civil Procedure, respectfully requests that the Clerk of the Court enter default against this Defendant Amanda Kaelblein, for failure to plead or otherwise defend in this action as required by law.

The Defendant, has also received an extension of time to answer, with no response.

1. On October 27, 2024, #69 the defendant was served with the amended complaint.
2. On November 21, 2024, #77 the Defendant was granted an extension of time till December 5, 2024.

3. It is now December 11, 2024, this Defendant has failed to respond.

4. The defendant did not answer the original complaint before this court instructed the Plaintiff to amend his complaint, in over 180 days. While there were no consequences for the Defendant, that's why she has failed to answer the amended complaint.

**WHEREFORE,** the Plaintiff requests the Clerk to enter in Default against this Defendant. (please take notice to address the change of Plaintiff.)

12/11/2024

Respectfully Submitted,

Michael Sean Speight
15 Ingham Rd.
Merrimack, NH 03054
Speight6317@gmail.com
(978) 684-2496

I certify that a correct copy of this motion was served to Amanda Kaelblein through Attorney Alethea Shaddox email.

I certify that copies of this motion were sent on December 11, 2024 in a Court hearing.

Michael Sean Speight