## THE STATE OF NEW HAMPSHIRE
### JUDICIAL BRANCH
### NH CIRCUIT COURT


EXHIBIT 1

10th Circuit - Family Division - Derry
10 Courthouse Lane
Derry NH 03038

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## NOTICE OF DECISION

MICHAEL T. RYAN, ESQ
LAW OFFICES OF MICHAEL T RYAN
145 S MAIN ST
BRADFORD MA 01835

Case Name: In the Matter of Michael Speight and Amanda Kaelblein
Case Number: 622-2022-DM-00139

Please be advised that on July 21, 2022 the Court made the following Order relative to:

> Respondent's Motion to Have the Case Dismissed/Moved to Massachusettes; DENIED
>
> STECKOWYCH, J

July 21, 2022

Robin E. Pinelle
Clerk of Court

(622673)

C: Amanda Kaelblein

NHJB-2208-DF (07/01/2011)