

STATE OF NEW HAMPSHIRE

ROCKINGHAM, SS

10TH CIRCUIT-DISTRICT DIVISION-DERRY

IN THE MATTER OF MICHAEL SEAN SPEIGHT AND AMANDA GAEBEN

Case Number: 622-2022-DM-00139

## PETITIONER'S MOTION FOR TEMPORARY ORDERS

NOW COMES the petitioner, Michael Sean Speight, by and through his attorney, and moves this honorable Court to issue temporary orders granting the petitioner parenting time with his daughter, Vivian Speight. As grounds for his motion the respondent states as follows:

1. The petitioner and the respondent are the parents of Vivian Speight DOB: 6/3/17.

2. The respondent has continually frustrated the petitioner's ability to parent Vivian from the parties' split in May of 2022 to the present.

3. The petitioner has been paying the respondent $200.00 per week for child support from the parties split on May 28, 2022 to the present.

4. Prior to their separation in May of 2022, the parties shared the parenting of Vivian, with both parties contributing to the nurturing and day to day activities and care of the children.

5. When the parties split on May 28, 2022, the respondent has refused to allow the petitioner to have any access to Vivian, and has engaged in a repetitive course of conduct to interfere with the petitioner's parenting time with his daughter, Vivian.

6. The respondent has agreed on numerous occasions to let the petitioner take Vivian for parenting time since May of 2022; however, each time the petitioner attempts to see Vivian the respondent refused to allow the petitioner to do so.

7. The petitioner has been paying the respondent $200.00 per week for child support from the parties split on May 28, 2022 to the present.

8. The petitioner has not seen Vivian since May 28, 2022.

9. The respondent's actions and inaction are having an adverse effect on the petitioner and the parties' daughter, Vivian.

10. It is in Vivian's best interest to have parenting time with her father as well as her mother.

WHEREFORE the respondent respectfully prays that this honorable Court to Order the following temporary relief:

A. Grant the parties joint decision making for the parties' minor child;

B. Issue a Temporary Parenting Plan that is equitable to the parties and in the best interest of their child;

C. Issue equitable orders regarding child support; and,

D. For such other and further relief as the Court deems just.

Respectfully submitted,

_____ Dated: August 1, 2022
MICHAEL SEAN SPEIGHT

By his Attorney,

_____ Dated: August 1, 2022
Michael T. Ryan, Esquire
145 South Main Street
Bradford, MA 01835
(978) 914-6157
NH Bar# 4850

DATE: 8-17-22
MOTION GRANTED – in part

_____
Michael J. Zaino, Judge

Temporary hearing to be scheduled once paternity testing confirms parental status. Parties may discuss at the 9/26/22 hearing.

STATE OF NEW HAMPSHIRE
ROCKINGHAM, SS                                    August 1, 2022

Then personally appeared the above-named Michael Sean Speight, who is known to me, and acknowledged that the foregoing statements are true to the best of his knowledge and belief, before me

_____
Notary Public
My Commission expires: 12/20/2022

## CERTIFICATE OF SERVICE

I, Michael T. Ryan, do hereby certify that on this 1st day of August, 2022, a copy of the foregoing was mailed, via email and First-Class Mail, postage prepaid, to the respondent's counsel of record:

Kristen L. Weber, Esquire
CHADWICK-FRICANCO-WEBER, PLLC
255 Main Street
Nashua, NH 03060

_____
Michael T. Ryan