# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

Michael Sean Speight

V.                                                  Civil No. **1:24-cv-12363**
                                                    Chief Judge Patti B. Saris

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephan(Professional, individual capacity)

## PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

The Plaintiff, Michael Sean Speight respectfully moves this Court to grant this motion to leave for the extra three pages in the Plaintiff's memorandum of law to objection to motion to dismiss.

The Plaintiff overlooked the twenty page limit in Rule 7,1(b)(4)for memorandum 's with no prejudice to the defendant Eric Stephan.

Respectfully Submitted,

Michael Sean Speight
15 Ingham Rd.
Merrimack, NH 03054
Speight6317@gmail.com
(978) 684-2496

I certify that a correct copy of this motion was served to Amanda Kaelblein through Attorney Alethea Shaddox, and all ECF registered participants , Eric Martignetti through email also.

I certify that copies of this motion were sent on December 15 ,2024 in a Court hearing.

Michael Sean Speight