

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

**Court Name:** 10th Circuit - Family Division - Derry
**Case Name:** In the Matter of Michael Speight and Amanda Kaelblein
**Case Number:** 622-2022-DM-00139
(if known)

## DECREE ON PARENTING PETITION

This decree is (choose one):
- ☐ Agreed to by Parties   ☒ Proposed By **Amanda Kaelblein**
- ☐ Ordered by the Court after hearing on _____ at which ☐ petitioner ☐ respondent appeared.

This decree is (choose one):
- ☒ TEMPORARY. The completed paragraphs apply while this case is pending with this Court.
- ☐ FINAL. The completed paragraphs will be incorporated in the Court's final order.

1. **Parenting Plan and Uniform Support Order**   ☐ N/A
   ☒ See attached Parenting Plan and Uniform Support Order

2. **Dependents**   ☐ N/A
   ☒ The parties shall claim the minor child(ren) and/or other qualifying relative as dependent(s) for all income tax purposes, in the following manner:
   ☐ Petitioner, if otherwise qualified under federal/state law, shall be entitled to claim
   _____
   as tax dependent(s) for ☐ all years ☐ even years ☐ odd years ☐ other
   _____
   _____

   ☒ Respondent, if otherwise qualified under federal/state law, shall be entitled to claim
   **Vivian Speight**
   as tax dependent(s) for ☒ all years ☐ even years ☐ odd years ☐ other
   _____
   _____

   ☐ A parent may only claim a child as a dependent if that parent is current on child support for the applicable tax year.

3. **Guardian ad Litem Fees**   ☒ N/A
   ☐ See Order on Appointment of Guardian ad Litem
   ☐ Other: _____

4. **Life Insurance**   ☐ N/A
   ☒ **Michael Speight** _____ shall maintain a life insurance policy in the minimum amount of $ **150,000.00** designating **Amanda Kaelblein** as trustee for the benefit of the child(ren). This obligation shall continue as long as the insured is obligated to pay support.
   ☐ Other: _____
   _____

NHJB-2076-F (03/28/2015)   Page 1 of 3

Case 1:24-cv-00048-MJA   Document 25-1   Filed 08/11/24   Page 10 of 10

Case Name: In the Matter of Michael Speight and Amanda Kochlein
Case Number: 633-1612-DNT-00118
DECREE ON PARENTING PETITION

**5. Enforceability After Death**   ☐ N/A
   ☑ The terms of this decree shall be a charge against each party's estate.

**6. Restraining Order**   ☐ N/A
   ☑ Michael Speight _____ is restrained and enjoined from entering the home or the place of employment of the other party, and from harassing, intimidating or threatening the other party or his/her relatives or other household members.
   ☐ Other _____

**7. Other Requests**
   ☑ **Attorney's Fees:** Any party that unreasonably fails to comply with this decree or other court orders (including "Uniform Support Order") may be responsible to reimburse the other party for whatever costs, including reasonable attorney's fees, that may be incurred in order to enforce compliance.

   ☑ **Change in address or employment:** Each party shall promptly notify the other of any change in his/her address or telephone number, and of any material change in employment as long as there are any continuing obligations under this decree. "Material change" will include availability of medical, dental or life insurance and any substantial increase or decrease in earnings or other income.

   ☐ **Compliance with Rule 1.25 A:**
      ☐ The parties complied fully with Rule 1.25 A; or
      ☐ The parties agreed to limit their document exchange under Rule 1.25 A.

   ☑ **Miscellaneous:**
   Respondent has fully complied with Rule 1.25-A, Petitioner has not complied

**8. Post Secondary Educational Expenses**   ☑ N/A
   **IMPORTANT NOTE:** The court cannot order parties to pay for college or other educational expenses beyond the completion of high school unless BOTH parties agree. However, if the parties agree to contribute to these expenses by checking the boxes in Section 4, below, this agreement will become an enforceable order of the court.
   ☐ The parties agree to contributions to college or other educational expenses beyond the completion of high school in the following manner:
      Type of contribution (check all that apply):
      ☐ Contributions to an account by ☐ Petitioner ☐ Respondent ☐ Both
      (Specify the amount and frequency of contributions and account information. Also specify what will happen to the contributions in the event the child does not incur post secondary educational expenses).
      _____
      _____
      _____

      ☐ Contribution of an asset:
      (Specify the account or other asset being contributed and its current balance or value. If an asset is identified specify how the asset will be used. Also specify what will happen to the contributions in the event the child does not incur post secondary educational expenses).
      _____
      _____
      _____

Name: _____
Number: _____
**RE ON PARENTING PETITION**

☐ Payments shall be made as post-secondary education expenses are incurred.
Payments shall be made by ☐ Petitioner ☐ Respondent ☐ Both
(Specify amount to be paid by each party or the percentage or other formula agreed upon to determine the post-secondary education expense obligation agreed to by the parties)

_____

_____

Select one of the following:
☐ Both parties agree that this post-secondary educational expense agreement IS modifiable based on a substantial change in circumstances that was not foreseeable when the agreement was signed.

☐ Both parties agree that this post-secondary education expense agreement is NOT modifiable and the specific dollar amount to be contributed by either or both parents is set forth above.

Note: Before any court hearing to modify or enforce the agreement described above, the parties shall participate in mediation.

We request that the Court approve this decree.

_____     _____
Date                         Signature of Petitioner

_____     _____
Date                         Signature of Attorney/Witness for Petitioner

_____     _____
Date                         Signature of Respondent

11/16/2_     _____
Date                         Signature of Attorney/Witness for Respondent

I certify that on this date I provided a copy of this document to _____ (other party) or to _____ (other party's attorney) by: ☐ Hand-delivery OR ☐ US Mail OR ☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

_____     _____
Date                         Signature

**Recommended:**

_____     _____
Date                         Signature of Marital Master

                             _____
                             Printed Name of Marital Master

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

_____     _____
Date                         Signature of Judge

                             _____
                             Printed Name of Judge

NHJB-2074-F (07/28/2016)                    Page 3 of 3

# CASE SUMMARY
## CASE NO. 622-2022-DM-00139

**In the Matter of Michael Speight and Amanda Kaelblein**

**Location:** 10th Circuit - Family Division - Derry
**Filed on:** 06/03/2022

### CASE INFORMATION

**Case Type:** Individual Parenting Petition
**Case Status:** 01/16/2024 Closed

### CASE ASSIGNMENT

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** |
| | Case Number: 622-2022-DM-00139 |
| | Court: 10th Circuit - Family Division - Derry |
| | Date Assigned: 06/03/2022 |

### PARTY INFORMATION

**Petitioner**
Speight, Michael
100 Main Street APT # 106
Pembroke, NH 03275-1240

**Respondent**
Kaelblein, Amanda
48 Richardson Rd
Melrose, MA 01276

Weber, Kristen L., ESQ
Retained
603-386-6118(F)
603-880-6100(W)
Fricano & Weber PLLC
54 Technology Way Ste 4E2
Nashua, NH 03060
kweber@cfw-lawyers.com

**Child**
Speight, Vivian

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 06/03/2022 | Individual Parenting Petition | Index #1 |
| 06/03/2022 | Financial Affidavit<br>Party: Petitioner Speight, Michael<br>*Petitioner.* | Index #2 |
| 06/03/2022 | Motion to Waive Filing Fee<br>Party: Petitioner Speight, Michael<br>*Filed by the Petitioner.* | Index #3 |
| 06/06/2022 | Granted (Judicial Officer: Zaino, Michael J) | |
| 06/06/2022 | Important Notice to Parties | Index #4 |
| 06/06/2022 | CIP Notice Sent to Petitioner | Index #5 |
| 06/06/2022 | CIP Notice Sent to Respondent | Index #6 |
| 06/06/2022 | Instruction for Service | Index #7 |

# CASE SUMMARY
## CASE NO. 622-2022-DM-00139

| Date | Event | Index |
|---|---|---|
| 07/07/2022 | **Return of Service** <br> *In Hand* | Index #8 |
| 07/07/2022 | **Appearance** <br> Party: Attorney Ryan, Michael T., ESQ <br> *Appearance of Attorney Michael Ryan for the Petitioner.* | Index #9 |
| 07/13/2022 | **Appearance** <br> Party: Respondent Kaelblein, Amanda <br> *Respondent Appearing Pro Se.* | Index #10 |
| 07/14/2022 | **Rule of Court Notice** <br> *To the Respondent returning Motion as she did not CC the other sides counsel of record.* | Index #11 |
| 07/19/2022 | **Obj-Motion to Dismiss** <br> Party: Attorney Ryan, Michael T., ESQ <br> *Petitioners Objection to the Respondents Motion to Dismiss.* | Index #12 |
| 07/20/2022 | **First Appearance** <br> TELEPHONIC Call 603-766-5646 Participant Code 116417; PLEASE CALL PROMPTLY AT THE TIME LISTED ON THIS NOTICE | |
| 07/21/2022 | **Motion to Dismiss** <br> Party: Respondent Kaelblein, Amanda <br> *Respondents Motion to Have the Case Dismissed/Moved to Massachusetts.* | Index #13 |
| 07/21/2022 | Denied (Judicial Officer: Steckowych, Kerry P) | |
| 07/21/2022 | **Motion** <br> Party: Respondent Kaelblein, Amanda <br> *Respondents Motion for Michael "Sean" Speights to Establish Paternity.* | Index #14 |
| 08/01/2022 | Order Issued (Judicial Officer: Steckowych, Kerry P) <br> *"Motion to be scheduled for hearing as docket permits."* | |
| 09/27/2022 | Denied (Judicial Officer: Steckowych, Kerry P) <br> *SEE ORDER ISSUED ON 09/27/2022 (Index #22).* | |
| 07/21/2022 | **Letter** <br> *To Respondent returning attachments to motions.* | Index #15 |
| 08/01/2022 | **Objection** <br> Party: Attorney Ryan, Michael T., ESQ <br> *Petitioners Objection to Respondents Motion to Establish Paternity (#14).* | Index #16 |
| 08/02/2022 | **Appearance** <br> Party: Attorney Weber, Kristen L., ESQ <br> *Appearance of Attorney Kristen Weber for the Respondent.* | Index #17 |
| 08/05/2022 | **Motion** <br> Party: Attorney Ryan, Michael T., ESQ <br> *Petitioners Motion for Temporary Orders.* | Index #18 |
| 08/17/2022 | Granted in Part (Judicial Officer: Zaino, Michael J) <br> *"Motion granted in part. Temporary hearing to be scheduled once paternity testing confirms parent status. Parties may discuss at the 09/26/2022 hearing."* | |
| 08/16/2022 | **UCCJEA Affidavit** | Index #19 |

Case 1:24-cv-00065-LM-AJ   Document 25-3   Filed 06/10/24   Page 3 of 19

# CASE SUMMARY
## CASE NO. 622-2022-DM-00139

|  |  |  |
|---|---|---|
|  | Party: Respondent Kaelblein, Amanda<br>Filed by the Respondent. |  |
| 08/16/2022 | **Objection**<br>Party: Attorney Weber, Kristen L., ESQ<br>Respondents Objection to Petitioners Motion for Temporary Orders (#18). | Index #20 |
| 09/12/2022 | **CIP Certificate - Respondent**<br>Party: Respondent Kaelblein, Amanda<br>Completed on 08/13/2022. | Index #21 |
| 09/26/2022 | **Hearing on Motion(s)**<br>RE: Motion to Establish Paternity (#'s 14 & 16) *IN PERSON* |  |
| 09/27/2022 | **Order** (Judicial Officer: Steckowych, Kerry P )<br>"After hearing from both parties and reviewing the exhibits presented by both, the court hereby finds that mother has not met her burden of proof, and therefore, her motion to establish paternity is respectfully denied." SEE ORDER FOR MORE | Index #22 |
| 09/27/2022 | Order Issued (Judicial Officer: Steckowych, Kerry P ) |  |
| 09/29/2022 | **CIP Certificate - Petitioner**<br>Party: Petitioner Speight, Michael<br>Completed on 09/10/2022. | Index #23 |
| 10/20/2022 | **Withdrawal**<br>Party: Attorney Ryan, Michael T., ESQ<br>Withdrawal of Attorney Michael Ryan for the Petitioner. | Index #24 |
| 10/20/2022 | **Motion to Withdraw Attorney**<br>Party: Attorney Ryan, Michael T., ESQ<br>Motion to Withdraw Appearance of Attorney Michael Ryan for the Petitioner. | Index #25 |
| 11/02/2022 | Granted (Judicial Officer: Steckowych, Kerry P ) |  |
| 10/20/2022 | **Response**<br>Party: Petitioner Speight, Michael<br>Petitioners Response to Respondents Objection to Petitioners Motion for Temporary Orders. | Index #26 |
| 11/02/2022 | **Letter re Withdrawal of Counsel**<br>To Michael. | Index #27 |
| 11/07/2022 | **Motion to Compel Mandatory Disclosure Rule 1.25**<br>Party: Attorney Weber, Kristen L., ESQ<br>Filed by the Respondent. | Index #28 |
| 11/15/2022 | Moot (Judicial Officer: Alfano, Michael L ) |  |
| 11/09/2022 | **Returned Mail**<br>Returned Mail for Michael. Updated Address and Resent Mail on 11/09/2022. | Index #29 |
| 11/14/2022 | **Financial Affidavit**<br>Party: Respondent Kaelblein, Amanda<br>Respondent. | Index #30 |
| 11/14/2022 | **Proposed Parenting Plan**<br>Party: Attorney Weber, Kristen L., ESQ<br>Proposed by the Respondent. | Index #31 |

# CASE SUMMARY
## CASE NO. 622-2022-DM-00139

| Date | Event | Index |
|---|---|---|
| 11/14/2022 | **Proposed Decree**<br>Party: Attorney Weber, Kristen L., ESQ<br>*Proposed by the Respondent.* | Index #32 |
| 11/15/2022 | **Temporary Hrg. & Structuring Conf.** (Judicial Officer: Alfano, Michael L)<br>*IN PERSON* | |
| 11/15/2022 | **Admin** (Judicial Officer: Alfano, Michael L) | |
| 11/15/2022 | **Proposed Parenting Plan**<br>Party: Petitioner Speight, Michael<br>*Proposed by the Petitioner.* | Index #33 |
| 11/15/2022 | **Proposed Decree**<br>Party: Petitioner Speight, Michael<br>*Proposed by the Petitioner.* | Index #34 |
| 11/15/2022 | **Motion**<br>Party: Petitioner Speight, Michael<br>*Petitioners Motion to Deny Amanda Kalbleins Parenting Plan.* | Index #35 |
| 11/15/2022 | **Moot** (Judicial Officer: Alfano, Michael L) | |
| 11/15/2022 | **Motion**<br>Party: Petitioner Speight, Michael<br>*Petitioners Motion for Extensive Mental Health Evaluation on Amanda Kaelblein.* | Index #36 |
| 11/15/2022 | **Moot** (Judicial Officer: Alfano, Michael L) | |
| 11/15/2022 | **Order** (Judicial Officer: Alfano, Michael L)<br>Order on November 15, 2022 Hearing - "The Court finds that jurisdiction cannot be waived, and the jurisdiction over this child properly lies in Massachusetts and not in New Hampshire." SEE ORDER FOR MORE | Index #37 |
| 11/15/2022 | **Order Issued** (Judicial Officer: Alfano, Michael L) | |
| 11/15/2022 | **Dismissed** (Judicial Officer: Alfano, Michael L) | |
| 11/16/2022 | **Motion**<br>Party: Petitioner Speight, Michael<br>*Petitioners Motion to Appeal to have this case moved to Massachusetts.* | Index #38 |
| 11/16/2022 | **Denied** (Judicial Officer: Steckowych, Kerry P)<br>*"Denied, Petitioner is free to file an action on the commonwealth of Massachusetts."* | |
| 11/16/2022 | **Motion for Ex Parte Relief**<br>Party: Petitioner Speight, Michael<br>*Filed by the Petitioner.* | Index #39 |
| 11/16/2022 | **Financial Affidavit**<br>Party: Petitioner Speight, Michael<br>*Petitioner.* | Index #40 |
| 11/16/2022 | **Ex Parte Order** (Judicial Officer: Steckowych, Kerry P)<br>*"The NH Courts do not have jurisdiction over these parties as child does not live in NH." SEE ORDER FOR MORE* | Index #41 |
| 11/16/2022 | **Order Issued** (Judicial Officer: Steckowych, Kerry P) | |

# CASE SUMMARY
## CASE NO. [illegible]

| Date | Event |
|---|---|
| 11/16/2022 | Order Issued (Judicial Officer: Seekonyets, Kerry P) |
| 11/21/2022 | Notice of Appeal to Supreme Court — Filed by the Petitioner |
| 12/02/2022 | Supreme Court Order — Notice of [illegible] and Mandatory E-Filing |
| 12/07/2022 | Motion — Party: Petitioner Spright, Michael — Petitioner's Motion to Refer Perjury Charges to District Attorney |
| 11/16/2024 | Denied (Judicial Officer: Seekonyets, Kerry P) |
| 12/07/2022 | Motion for Ex Parte Relief — Party: Petitioner Spright, Michael — Filed by the Petitioner |
| 12/07/2022 | Objection — Party: Attorney Weber, Kristen L., ESQ — Respondent's Objection to Petitioner's Motion for Ex Parte Emergency [illegible] |
| 12/07/2022 | Ex Parte Order (Judicial Officer: Seekonyets, Kerry P) — "The VH Courts do not have jurisdiction over these parties as the child has not lived in VH. Further, the court ruling on the jurisdiction is pending appeal." [illegible] |
| 12/07/2022 | Order Issued (Judicial Officer: Seekonyets, Kerry P) |
| 12/20/2022 | Supreme Court Order — "Case is accepted" |
| 01/24/2023 | Supreme Court Order — RE: Transcript Preparation |
| 12/29/2023 | Supreme Court Order — Affirmed |
| 01/12/2024 | Supreme Court Order — "Relief requested in motion for reconsideration denied" |
| 01/12/2024 | Supreme Court Certificate — "Relief requested in motion for reconsideration denied" |
| 01/12/2024 | Supreme Court Certificate — "Affirmed" |

| TARGET DATE | | TIME STANDARDS |
|---|---|---|
| 12/18/2022 [illegible] | Obj-Other | 10/17/2022 [illegible] |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | Petitioner Spright, Michael | |
| | Total Charges | .00 |
| | Total Payments and Credits | .00 |
| | Balance Due as of 01/11/2024 | .00 |

Case 1:24-cv-00055-LM-AJ   Document 25-3   Filed 06/10/24   Page 6 of 19

# THE STATE OF NEW HAMPSHIRE
### JUDICIAL BRANCH
### NH CIRCUIT COURT

10th Circuit - Family Division - Derry  
10 Courthouse Lane  
Derry NH 03038

Telephone: 1-855-212-1234  
TTY/TDD Relay: (800) 735-2964  
https://www.courts.nh.gov

## NOTICE OF DECISION

MICHAEL T. RYAN, ESQ  
LAW OFFICES OF MICHAEL T RYAN  
145 S MAIN ST  
BRADFORD MA 01835

Case Name: In the Matter of Michael Speight and Amanda Kaelblein  
Case Number: 622-2022-DM-00139

Please be advised that on August 01, 2022 the Court made the following Order relative to:

> Motion to Establish Paternity; ORDER ISSUED  
> "Motion to be scheduled as the docket allows."
>
> STECKOWYCH, J
>
> Hearing notice to follow under separate cover.

Any party obligated to pay child support is advised that it is his/her responsibility to keep the court (and the Division of Human Services if appropriate) advised of his/her current mailing address in writing, until such time as support payments are terminated.

August 01, 2022

Robin E. Pinelle  
Clerk of Court

(622673)  
C: Amanda Kaelblein

NHJB-2208-DF (07/01/2011)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
## NH CIRCUIT COURT

10th Circuit - Family Division - Derry
10 Courthouse Lane
Derry NH 03038

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## NOTICE OF DECISION

MICHAEL T. RYAN, ESQ
LAW OFFICES OF MICHAEL T RYAN
145 S MAIN ST
BRADFORD MA 01835

Case Name:   In the Matter of Michael Speight and Amanda Kaelblein
Case Number: 622-2022-DM-00139

Please be advised that on July 21, 2022 the Court made the following Order relative to:

> Respondent's Motion to Have the Case Dismissed/Moved to Massachusettes; DENIED

> STECKOWYCH, J

July 21, 2022

Robin E. Pinelle
Clerk of Court

(622673)

C: Amanda Kaelblein

NHJB-2208-DF (07/01/2011)



# Derry Police Department
## Field Interview Report

Page: 1
06/06/2022

Interview #: 22-1772-FI
Call #: 22-9120

Date/Time Reported: 05/28/2022 1322
Report Date/Time: 05/28/2022 1322
Reporting Officer: Patrol Officer Joshua Morse

| # | INTERVIEWED | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | KAELBLEIN, AMANDA |  |  | 34 | NOT AVAIL | ************ |
|   | DERRY NH 03038 |  |  |  |  |  |

Military Active Duty: *
DOB: **********     PLACE OF BIRTH: *************************
LICENSE NUMBER: **************************     ETHNICITY: *******

| 2 | KAELBLEIN, NOELLE |  |  | 33 | NOT AVAIL | ************ |
|---|---|---|---|---|---|---|
|   | DERRY NH 03038 |  |  |  |  |  |

Military Active Duty: *
DOB: **********     PLACE OF BIRTH: *************************
LICENSE NUMBER: **************************     ETHNICITY: *******

| 3 | SPEIGHT, MICHAEL |  |  | 52 | NOT AVAIL | ************ |
|---|---|---|---|---|---|---|
|   | DERRY NH 03038 |  |  |  |  |  |

Military Active Duty: *
DOB: **********     PLACE OF BIRTH: *************************
LICENSE NUMBER: **************************     ETHNICITY: *******

## REASON(S)

LOCATION TYPE: Residence/Home/Apt./Condo     Zone: South
153 N SHORE (IP) RD
DERRY NH 03038

1  Domestic Disturbance

NARRATIVE FOR PATROL OFFICER JOSHUA W MORSE
Ref: 22-1772-FI

Entered:  05/28/2022 @ 1412      Entry ID: JWM98
Modified: 05/29/2022 @ 0001      Modified ID: JWM98
Approved: 05/31/2022 @ 1108      Approval ID: 4760H

On 5/28/22 at approximately 1322 hours, Officer Morse responded code three (lights and sirens) to a domestic disturbance at 153 N Shore Rd Derry, NH.

Upon arrival Morse made contact with the reporting party Noelle Kalblein (Noelle) who was reporting her sister Amanda Kalblein (Amanda) and her boyfriend Michael Speight (Michael) were in a verbal argument. Noelle stated that Michael had walked away from the house and into the woods while Amanda was upstairs in the house packing her belongings to leave.

Morse then went to make contact with Amanda. Amanda stated that she found out Michael was cheating on her and confronted him about it. Amanda then said that Michael got upset and was angry. She began to go upstairs to pack a bag and leave the residents. She then said that while going upstairs to pack the bag, they argued about whether or not he had cheated on her. She then said Michael got upset and he left the house and went for a walk to calm down. Amanda noted she had planned to pack a bag and leave to go to ▓▓▓▓▓▓ house at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Morse asked if the argument ever became physical. Amanda stated it was not physical and was only verbal between the two of them. She added she did not know what happened once Michael left and confronted Noelle out front when he was leaving.

Morse notes he then spoke with Michael who Officer Doherty had located on Colletes Grove Rd. and brought him back to the house at 153 N Shore Rd. Michael said that Amanda had found out he had been cheating on her and she got upset with him. He stated they were in a verbal argument when she began packing belongings to leave. He said he had to leave and go for a walk to calm down. Michael said on his way out he ran into Noelle who said to him "how does it feel to pay for sex". Michael then said he got upset and yelled back to "get the fuck off my property" and continued to walk away from the residence. Michael was also stating nothing physical had occurred between him and Amanda.

Morse then spoke with Noelle who was stating that Michael had threatened him by telling her to get off the property. She was also stating that he had told her if she did not leave that he would punch her in the face. Noelle stated Michael made the statement as he was walking away from her. Michael denied making this statement. Noelle was unsure at the time, but ultimately stated she did not want to pursue criminal charges against Michael for a criminal threat.

Morse notes that Amanda left the property with a bag she had packed to go to her ▓▓▓▓▓ residence. Michael was staying at the house and asked if she comes back to get belongings that there be police there. Both Amanda and Michael were advised on how to get a civil standby if needed for belongings. Morse also notes Noelle left and went back to her house as all parties were separated at this time.

*End of narrative.*

** Portions of this report have been redacted **

Case 1:24-cv-00055-LM-AJ   Document 19-1   Filed 06/03/24   Page 3 of 3

**Derry Police Department**
Call Number   Printed: 06/06/2022

Page: 1

For Date: 05/28/2022 - Saturday

| Call Number | Time | Call Reason | Action | Priority | Duplicate |
|---|---|---|---|---|---|
| 2-9120 | 1322 | Phone - DOMESTIC DISTURBANCE | Verbal in Nature | 1 | |

Call Taker: Dispatcher Kaitlyn A Fitzgerald
Location/Address: N SHORE (IP) RD
ID: Patrol Officer Charles L Doherty
    Disp-13:23:14       Arvd-13:36:05   Clrd-13:57:04
ID: Patrol Officer Joshua W Morse
    Disp-13:23:18       Arvd-13:35:00   Clrd-13:57:02

Narrative:
05/28/2022 1334 GIRLFRIEND/BOYFRIEND

Narrative:
05/28/2022 1341 418 OFF WITH MALE ON COLLETTES

Refer To Field Int:   22-1772-FI

Case 1:24-cv-00055-LM-AJ   Document 25-2   Filed 06/10/24   Page 2 of 4

15 1R N Shore Rd, Derry NH 03038

19th October, 2022

To whom it may concern,

**Re: Michael Seavight aka Sean**

My husband and I, Tracey & James McManus were neighbors with Sean for about 1 year from Sept 2021 through August 2022. We shared a Condex and our homes are attached.

Sean was a great neighbor, friendly, Polite and always very helpful if needed.

In the summer we would always see him out with his daughter Vivian playing in the yard. Vivian was a happy little girl and always got Sean's attention. Vivian made friends with two young children over the road and they were always over playing under Sean's supervision. Can't say I ever say his partner Amanda outside with Vivian or outside at all. I think I personally only said hello to her maybe twice, she really wasn't sociable and went out of her way to avoid eye contact if we were in the driveway at the same time.

I can say that we never saw Sean angry or heard him raise his voice. We didn't witness any drama or altercations. The only time I heard a raised voice was if Amanda was looking for Sean and he was on our side of the yard.

Sincerely

Tracey & James McManus

Case 1:24-cv-00055-LM-AJ   Document 25-2   Filed 06/10/24   Page 3 of 4

6-14-71

Regarding Michael Speight, or Sean Speight as most people know him.

I have known Sean for about a year after he moved into my neighborhood.

During that time, My wife and I saw Sean walking often with his daughter Vivian. They walked from his home down to our community beach at the pond known as Big Island Pond. Such a sweet little child and loving dad.

I remember they walked almost daily. Always a smile and a hello from Vivian and Sean as they passed by my house on the way to and from the lake.

They seemed to share a special bond and I was looking forward to sharing all I know about the area with the two of them as they made their life in our special community.

Sean was a likeable guy willing to lend a hand and I was saddened by his departure. I've missed seeing them out walking and just looking happy.

Respectfully,

Dan Abate

23 Collettes Grove Rd, Derry NH 03038

603-560-3790

My name is Mikaela Blatus and I coach and teach gymnastics at A2 Gym and Cheer in Salem, New Hampshire. I taught private gymnastics lessons with Vivian from August 2021 until May 2022. However, Vivian took private lessons at A2 starting in April 2021 with a different teacher, as I began working with her in August. I saw her once a week on Saturdays from 12:00-12:30pm during the months I worked with her. For these sessions, Vivian's father provided her transportation and stayed for the duration of the session. He also provided participation when Vivian needed extra support during these sessions.

If you have any questions, please do not hesitate to reach out to A2 at info@a2gc.com

Thank you,
Mikaela Blatus and Heather Fusco