UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL SEAN SPEIGHT, III,

    Plaintiff,

v.

AMANDA KAELBLEIN,
MICHAEL KAELBLEIN,
NANCY KAELBLEIN,
ERIC STEPHANIE,

    Defendants.

CIVIL ACTION No. 1:24-cv-12363-PBS

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter the appearance of the undersigned as attorney for Defendant Eric Stephanie, in his individual capacity and in his capacity as an Attorney for the Massachusetts Department of Revenue in the above-entitled action.

[Signature on following page]

1

Respectfully submitted,

ERIC STEPHANIE, in his individual capacity and his official capacity as an Attorney for the Massachusetts Department of Revenue,

By their Attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ *J. David Hampton*
J. David Hampton, BBO #667232
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 963-2572

Date: March 10, 2025                    david.hampton@mass.gov

**CERTIFICATE OF SERVICE**

    I, J. David Hampton, Assistant Attorney General, hereby certify that on March 10, 2025, this document was filed through the ECF system and sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and by first-class mail to non-registered participants.

/s/ *J. David Hampton*
J. David Hampton
Assistant Attorney General