UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL SEAN SPEIGHT III,

    *Plaintiff,*

v.

AMANDA KAELBLEIN, MICHAEL KAELBLEIN, NANCY KAELBLEIN, and ERIC STEPHANIE,

    *Defendants.*

No. 24-cv-12363-PBS

**REPORT AND RECOMMENDATION ON
DEFENDANTS' MOTIONS TO DISMISS**

LEVENSON, U.S.M.J.

    Pro se Plaintiff Michael Sean Speight III brings this 42 U.S.C. § 1983 action against Amanda Kaelblein, the mother of his minor child ("V.S."); Amanda's parents, Michael and Nancy Kaelblein; and Eric Stephan,[1] a Massachusetts Department of Revenue ("Massachusetts DOR") attorney, in both his official and individual capacity (collectively, "Defendants"). Plaintiff alleges that Defendants deprived him of his constitutional rights during child custody and support proceedings in Massachusetts Probate and Family Court. Presently at issue are Michael and Nancy Kaelblein's Motion to Dismiss (Docket No. 70) and Attorney Stephan's Motion to Dismiss (Docket No. 81).

    All of Plaintiff's claims are based on alleged wrongdoing in connection with proceedings before the Massachusetts Probate and Family Court. Although the claims are worded in ways

---

[1] Defendant Stephan is misnamed in the case caption as Eric Stephanie.

*[Handwritten note: 8/11/25 I adopt the report and recommendation as without objection as to all pending motions. Patti B Saris]*